DocuSign Envelope ID: 4EA19CAC-6E04-44CC-8565-8B0C85C99E1A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Mountain Sports LLC** |
|----|----|----|
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Bob's Stores** <br> **DBA  Bobs Stores** <br> **DBA  Eastern Mountain Sports** <br> **DBA  EMS** <br> **DBA  Sport Chalet** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1279597** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|----|----|
| **150 Corporate Ct** <br> **Meriden, CT 06450** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **New Haven** <br> County | Location of principal assets, if different from principal place of business |
| | _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Mountain Sports LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4591__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | **Mountain Sports LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship |
|---|---|---|---|
| Debtor | | | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

DocuSign Envelope ID: 4EA19CAC-6E04-44CC-8565-8B0C85C99E1A

| Debtor | **Mountain Sports LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>☐ $50,001 - $100,000</td><td>■ $10,000,001 - $50 million</td><td>☐ $1,000,000,001 - $10 billion</td></tr>
<tr><td>☐ $100,001 - $500,000</td><td>☐ $50,000,001 - $100 million</td><td>☐ $10,000,000,001 - $50 billion</td></tr>
<tr><td>☐ $500,001 - $1 million</td><td>☐ $100,000,001 - $500 million</td><td>☐ More than $50 billion</td></tr>
</table>

| Debtor | **Mountain Sports LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 18, 2024**
                        MM / DD / YYYY

                 DocuSigned by:

X    *David Barton*
         Signature of authorized representative of debtor

**David Barton**
Printed name

Title    **Auth. Rep. Bob's EMS Holdings LLC**
         **Mgr of Debtors Sole Member**

**18. Signature of attorney**    X    /s/ Maria Aprile Sawczuk

                Signature of attorney for debtor

Date    **June 18, 2024**
              MM / DD / YYYY

**Maria Aprile Sawczuk**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
Number, Street, City, State & ZIP Code

Contact phone    **302-444-6710**    Email address    **marias@goldmclaw.com**

**3320 DE**
Bar number and State

**RESOLUTION**
of
**MOUNTAIN SPORTS LLC**
**(a Delaware Limited Liability Company)**

**Effective as of June 13, 2024**

WHEREAS, the undersigned, Roberts 50 USA LLC, a Delaware Limited Liability Company ("*R50*"), acting via the authorization of its sole Member, Bob's EMS Holdings LLC, a Delaware Limited Liability Company, and acting in its capacity as the sole member of Mountain Sports LLC (the "*Company*"), has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of R50, it is desirable and in the best interest of the Company, its creditors, members, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), Subchapter V, in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*");

RESOLVED FURTHER, that David Barton (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition and/or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be

necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**ROBERTS 50 USA LLC**

**By: BOB'S EMS HOLDINGS LLC**

By: Jason Peterson
Its: Manager

2

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mountain Sports LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALTRA, INC. VF OUTDOOR LLC 13911 COLLECTION CENTER DR Chicago 60693-0139 | | | | | | $108,393.42 |
| AMER SPORTS WINTER & OUTDOOR COMPANY P.O. BOX 3141 CAROL STREAM 60132-3141 | | | | | | $195,562.77 |
| BLACK DIAMOND EQUIPMENT, PO BOX 734175 DALLAS 75373-4175 | | | | | | $193,843.29 |
| COTOPAXI/GLOBAL UPRISING, PBC DEPT # 880666 PO BOX 29650 Phoenix 85038-9650 | | | | | | $148,752.96 |
| GOOGLE LLC PO BOX 883654 LOS ANGELES 90088-3654 | | | | | | $108,122.05 |
| GREGORY MOUNTAIN PRODUCTS SAMSONITE LLC DEPT CH 19296 PALATINE 60055-9296 | | | | | | $155,013.95 |

| Debtor | **Mountain Sports LLC** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| MARMOT MOUNTAIN INTERNATI P.O. BOX 915170 DALLAS 75391-5170 | | | | | | $353,647.76 |
| MOUNTAIN SHADES, INC. 11931 1-70 NORTHRIDGE RD. NO. WHEAT RIDGE 80033 | | | | | | $125,937.68 |
| NORTH FACE VF OUTDOOR, INC. 13911 COLLECTIONS CENTER DR. CHICAGO  60693 | | | | | | $322,581.52 |
| OBOZ FOOTWEAR LLC PO BOX 18427 PALATINE 60055-8427 | | | | | | $432,147.30 |
| ON INC PO BOX 734250 Chicago 60673-4250 | | | | | | $125,695.71 |
| OUTDOOR RESEARCH, INC. LB 1216 PO BOX 35146 SEATTLE 98124-5146 | | | | | | $128,803.84 |
| PFE EXPRESS LTD FOREMOST HOUSE WATERSIDE BUSINESS PARK, EASTWAYS WITHAM, EN CM8 3PL | | | | | | $110,049.20 |
| PRANA, INC. PO BOX 205470 DALLAS 75320-5470 | | | | | | $111,138.75 |
| SMARTWOOL CORPORATION VF OUTDOOR INC 13911 COLLECTIONS CENTER DRIVE CHICAGO  60693 | | | | | | $455,290.88 |

| Debtor | **Mountain Sports LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| STEEL TECHNOLOGY LLC HYDRO FLASK PO BOX 741037 LOS ANGELES 90074-1037 | | | | | | $206,040.44 |
| THULE INC PO BOX 358105 PITTSBURGH 15251-5105 | | | | | | $176,616.75 |
| VUORI INC 5600 AVENIDA ENCINAS, SUITE 100 ATTN: ACCOUNTS RECEIVABLE CARLSBAD  92008 | | | | | | $118,187.78 |
| WOLVERINE WORLD WIDE, INC. 25759 NETWORK PLACE CHICAGO 60673-1257 | | | | | | $158,869.84 |
| YELL STEEL ENTERPRISE, INC 17848 SKY PARK CIRCLE SUITE A IRVINE  92614 | | | | | | $472,335.00 |

MOUNTAIN SPORTS LLC
160 CORPORATE CT
MERIDEN, CT 06450

ALPHA DELTA, INC.
50 REDFIELD STREET
SUITE #301
BOSTON 02122

APPALACHIAN MTN CLUB
ATTN ALEXANDRA MOLNAR
10 CITY SQUARE
BOSTON 02129

MARIA APRILE SAWCZUK
GOLDSTEIN & MCCLINTOCK LLLP
111 W WASHINGTON STREET
SUITE 1221
CHICAGO, IL 60602

ALPHA ELEVATOR COMPANY
87 STATE STREET
#1278
MONTPELIER 05601

APTOS LLC
DEPT CH17281
5505N, CUMBERLAND AVE., SUITE 300
CHICAGO 60656-1471

1513 IYANNOUGH LLC
C/O KELLER CO.
1436 IYANNOUGH ROAD SUITE 4
HYANNIS 02601

ALPINE START
PO BOX 7070
BOULDER 80306

B SAFE, INC
PO BOX 821349
PHILADELPHIA 19182-1349

3-D LIGHTING
235 COTTAGE STREET
FRANKLIN 02038

ALPINECHO
PO BOX 275
LAPORTE 80535

BACKPACKER'S PANTRY INC
6350 GUNPARK DRIVE
BOULDER 80301-3337

3N-SB, LLC
1815 CENTRAL PARK DR
SUITE 100 PMB 362
STEAMBOAT SPRING 80487

ALTRA, INC.
VF OUTDOOR LLC
13911 COLLECTION CENTER DR
CHICAGO 60693-0139

BARKER SPECIALTY
27 REALTY DRIVE
CALLER BOX 222
CHESHIRE 06410

4927 - MNH MALL, LLC
14184 COLLECTIONS CENTER DR.
CHICAGO 60693

ALZHEIMER'S  ASSOCIATION
48 PEAKS
320 NEVADA ST, SUITE 201
NEWTON 02460

BARN DOOR SCREEN PRINTERS
PO BOX 1199
56 PLEASANT STREET
CONWAY 03818

ADIRONDACK MOUNTAIN CLUB
814 GOGGINS ROAD
LAKE GEORGE 12845

AMER SPORTS WINTER & OUTDOOR COMPANY
P.O. BOX 3141
CAROL STREAM 60132-3141

BARRINGTON COFFEE
701 MARSHALL PHELPS ROAD
WINDSOR 06095

ADT COMMERCIAL
PROTECTION ONE
P.O. BOX 872987
KANSAS CITY 64187-2987

AMERICAN SIGN, INC
614 FERRY STREET
NEW HAVEN 06513

BASSETT DIRECT NC, LLC
ATTN: SHARON CARROW
PO BOX 626
BASSETT 24055

ALL STAR PAINTING
182 PLAIN HILL RD
NORWICH 06360

AMHERST CROSSING AMA REALTY VENTURES LLC
PO BOX 262
NORWOOD 02062

BIG AGNES INC.
P O BOX 773072
STEAMBOAT SPRINGS 80487-5007

ALLIED PRINTING SERVICES INC
PO BOX 850
MANCHESTER 06045-0850

ANSHAN GREEN APPLE STATIONERY CO LTD.
NO.5 YONGNING ROAD,
TIEXI DISTRICT,
ANSHAN, LIAONING, CHINA. 11401

BOLLE INC.
FILE 2366
1801 W. OLYMPIC BLVD.
PASADENA 91199-2366

BLACK DIAMOND EQUIPMENT,
PO BOX 734175
DALLAS 75373-4175

CANTON R2G OWNER LLC
PO BOX 30344
BOSTON 33630

COLUMBIA SPORTSWEAR CO.
PO BOX 935641
ATLANTA 31193-5641

BLACK DIAMOND GROUP, INC
300 TRADE CENTER
SUITE 5550
WOBURN 01801

CASCADE DESIGNS, INC.
29383 NETWORK PL.
CHICAGO 60673-1293

COMCAST # 8773 20 201 007882
PO BOX 1577
NEWARK 07101-1577

BLANK ROME LLP
130 N. 18TH STREET
ATTN: CHRISTOPHER MANION
PHILADELPHIA, PA 19103

CASCO BAY ELECTRIC LLC
322 PRESUMPSCOT STREET
PORTLAND 04103

COMMERCIAL ASSET PRESERVAL
220 E MORRIS AVE
SALT LAKE CITY 84115

BODYGLIDE
1600 - 124TH AVENUE
SUITE G
BELLEVUE 98005

CASELLA WASTE SYSTEMS, INC
PO BOX 1372
WILLISTON 05495-1372

CONTRACT DATASCAN
2941 TRADE CENTER DR
SUITE 100
CARROLITON 75007

BRANCHES, LLC
812 PROSPECT COURT
OSCEOLA 54020-8163

CASHCONNECT
A DIVISION OF WSFS BANK
700 PRIDES CROSSING. STE. 304
NEWARK 19713

CONTROL GROUP COMPANIES, LL
FILE 2484
1801 W OLYMPIC BLVD
PASADENA 91199-2484

BRIDGEWATER TOWNSHIP
OFFICE OF THE FIRE MARSHAL
100 COMMONS WAY
BRIDGEWATER 08807

CDW DIRECT,LLC
PO BOX 75723
CHICAGO 60675-5723

CONWAY DAILY SUN
PO BOX 1940
64 SEAVEY ST.
N. CONWAY 03860

BROOKS SPORTS, INC.
PO BOX 94353
SEATTLE 98124-6653

CH REALTY VIII/R BOSTON MIDDLESEX
C/O WINSLOW PROPERTY MANAGEMENT INC
800 HAYDEN AVE
LEXINGTON 02421

CONWAY POLICE DEPARTMENT
PO BOX 538
35 E CONWAY RD REDSTONE
CENTER CONWAY 03813

BUFF, INC.
P O BOX 884923
LOS ANGELES 90088-4923

CHANNELADVISOR CORPORATION
LOCKBOX W-502057
PO BOX 7777
PHILADELPHIA 19175-2057

COTOPAXI/GLOBAL UPRISING, PB
DEPT # 880666
PO BOX 29650
PHOENIX 85038-9650

CAMELBAK PRODUCTS LLC
PO BOX 734148
CHICAGO 60673-4148

CHRISTIANE JONCAS
250 RUE DE NANTES
LAVAL, CANADA H7G 2J8

COUNTY OF BUCKS
BUCKS COUNTY WEIGHTS & MEA
55 E. COURT STREET - 2ND FLO
DOYLESTOWN 18901

CAMP USA
C/O UNICREDIT SPA, NEW YORK BRANCH
150 EAST 42ND STREET
NEW YORK 10017

CLIF BAR & COMPANY
P.O. BOX 742065
LOS ANGELES 90074-2065

CTR POWERHOUSE, LLC
85 MECHANIC STREET
SUITE 140
LEBANON 03766

DANIEL CRAFFEY
ALC LLC
PO BOX 704
HARRISON 04040

ENGIE INSIGHT
PO BOX 74008380
CHICAGO 60674-8380

GRAPHCMS GMBH
DIRCKSENSTR 47
BERLIN, BERLIN

DEUTER USA
2511 55TH ST.
SUITE 100
BOULDER 80301

ENO PAYABLES
EAGLE'S NEST OUTFITTERS
601 SWEETEN CREEK, INDUSTRIAL PARK ARE
ASHEVELLE 28803

GREAT EASTERN RADIO/ WXXK-
PO BOX 266
CLAREMONT 03743

DO-GREE FASHIONS USA
7075 PLACE ROBERT-JONCAS
SUITE 118
MONTREAL, CANADA H4M 2Z2

EQUIP OUTDOOR TECHNOLOGIES USA
1699 CHERRY STREET
UNIT A
LOUISVILLE 80027

GREGORY MOUNTAIN PRODUCTS
SAMSONITE LLC
DEPT CH 19296
PALATINE 60055-9296

DOOR CONTROL, INC
8 DELTA DRIVE
UNIT D
LONDONDERRY 03053

EXPED LLC
1142 BROADWAY
SUITE 400
TACOMA 98402-3500

GU ENERGY LABS
DEPT LA 24970
PASADENA 91185-4970

DRAGONFLY VENTURES GROUP $
3A HOLYWELL HILL
ST. ALBANS, UK AL1 1ER

FABRITECH
6719 PINE RIDGE CT
JENISON 49428

GWB FREEPORT LLC
C/O BOULOS ASSET MANAGEMEN
100 MIDDLE STREET, EAST TOWE3
PORTLAND 04101

DYNAMIC WEB SOURCE, INC (AKA AVANTLINK)
PO BOX 35146
SEATTLE 98124-5146

FRT ROCKS LLC DBA FOX RIVER MILLS
PO BOX 7267
CAROL STREAM 60197-7267

HANGZHOU REMAGY TRADING C
ROOM 2103, SME MANSION
NO 553, WENSAN ROAD
HANGZHOU, CHINA

ECONOCO CORPORATION
SELLUTIONS BY ECONOCO
PO BOX 100
HICKSVILLE 11802

G&I IX EMPIRE TOPS PLAZA ITHACA LLC
BOX 8000 DEPT 553
TENANT 425-005285
BUFFALO 14267

HAWAII COMMUNITY FOUNDATIO
827 FORT STREET
HONOLULU 96813

EDDY PLAZA ASSOCIATES
C/O SOUTH MIAMI PROPERTIES, INC
PO BOX 41468
PROVIDENCE 02940

GOOD TO-GO LLC
484 US ROUTE 1
KITTERY 03904

HELINOX USA INC.
2560 NINTH STREET
SUITE 320
BERKELEY 94710

EN-R-G FOODS, INC.
DEPT. 1557
PO BOX 30106
SALT LAKE CITY 84130-0106

GOODHEW, LLC
P.O. BOX 306174
NASHVILLE 37230-6174

HELLY HANSEN
DEPT CH 19576
PALATINE 60055-9576

ENCORE FIRE PROTECTION
70 BACON STREET
PAWTUCKET 02860

GOOGLE LLC
PO BOX 883654
LOS ANGELES 90088-3654

HILCO WHOLESALE SOLUTIONS LL
5 REVERE DRIVE
SUITE 206
NORTH BROOK 60062

HOKA ONE ONE
DECKERS CORP
PO BOX 8424
PASADENA 91109

KISMET ROCK FOUNDATION
PO BOX 1744
NORTH CONWAY 03860

LOOMIS
DEPT. CH 10500
PALATINE 60055-0500


IGNIK OUTDOORS, INC.
403 MADISON AVE. NORTH
SUITE 240
BAINBRIDGE ISLAND 98110

LA SPORTIVA USA, INC.
3850 FRONTIER AVENUE
SUITE 100
BOULDER 80301-2795

LOWA BOOTS
PO BOX 595
FARMINGTON 06034-0595


IMPLUS CORP.
P.O. BOX 679394
DALLAS 75267-9394

LAKE PLACID PARTNERS
C/O PRUDENTIAL REALTY CO
3700 S.WATER ST.,STE 100
PITTSBURGH 15203

LUXOTTICA OF AMERICA, INC
PO BOX 100444
ATLANTA 30384-0444


J&B IMPORTERS, INC
P O BOX 281528
ATLANTA 30384-1528

LANE IP LIMITED
2 THROGMORTON AVENUE
UK EC2N 2DG

MACERICH HHF CENTERS LLC
MACERICH DEPTFORD LLC
PO BOX 511315
LOS ANGELES 90051-7870


JACKSON LEWIS P.C.
P O BOX 416019
BOSTON 02241-6019

LARC ASSET MANAGEMENT AND REALTY, INC.
C/O LAMAR COMPANIES
695 US ROUTE 46, SUITE 210
FAIRFIELD 07004

MAINSCAMA REALTY VENTURESLL
PO BOX 262
NORWOOD 02062


JDS ELECTRIC  LLC
170 RESEARCH PARKWAY UNIT# 3
MERIDEN 06450

LEATHERMAN TOOL GROUP
P.O. BOX 20595
PORTLAND 97220-0595

MANCHESTER POLICE DEPT.
60 JEFF WILLIAMS WAY
MANCHESTER CENTER 05255


JEBCOMMERCE LLC
PO BOX 3050
COEUR D'ALENE 83816

LEKI USA
458 SONWIL DRIVE
BUFFALO 14225-5530

MARK BRIC INC.
4740 CHUDOBA PARKWAY
PRINCE GEORGE 23875


JETBOIL, INC.
JOHNSON OUTDOORS, INC.
3635 SOLUTIONS CENTER
CHICAGO 60677-3006

LEVIN MANAGEMENT CORP.
P.O. BOX 326
ACCT # 87066
PLAINFIELD 07061

MARMOT MOUNTAIN INTERNATI
P.O. BOX 915170
DALLAS 75391-5170


KEEN, INC.
PO BOX 742937
LOS ANGELES 90074-2937

LIBERTY MOUNTAIN SPORTS
BOX NUMBER 880370
P O BOX 29650
PHOENIX 85038-9650

MAUI JIM SUNGLASSES
PO BOX 203861
DALLAS 75320-3861


KETER ENVIRONMENTAL SERVICES
P.O. BOX  417468
BOSTON 02241-7468

LIFE SAFETY FIRE PROTECTION,IN
97 LOWER JAFFREY ROAD
DUBLIN 03444

MCKINNEY CONSTRUCTION, LLC
PO BOX 392
STAFFORD SPRINGS 06076

MEGHAN KELLY DESIGNS
145 PURITAN ROAD
FAIRFIELD 06824

NESTL USA, INC.
PO BOX 3637
BOSTON 02241-3637

OBOZ FOOTWEAR LLC
PO BOX 18427
PALATINE 60055-8427

MIDDLGATE FACTORS
8 WEST 40TH STREET
NEW YORK 10018

NIKWAX USA
5101 14TH AVENUE NW
#401
SEATTLE 98107

OLUKAI, LLC.
DEPT LA 24237
PASADENA 91185

MILBERG FACTORS, INC
PO BOX 730718
DALLAS 75373-0718

NITCO, LLC
PO BOX 21918
NEW YORK 10087-1918

ON BELAY INC
PO BOX 391
NEWMARKET 03857

MOUNTAIN AND MAIN LLC
DOUG THOMPSON
8 SPELLMAN DRIVE
NEW PALTZ 12561

NITE IZE, INC.
PO BOX 913144
DENVER 80291-3144

ON INC
PO BOX 734250
CHICAGO 60673-4250

MOUNTAIN HARDWEAR
P.O. BOX 935641
ATLANTA 31193-5641

NORTH CONWAY INCINERATOR SERVICE
164 HORSESHOE DR
CENTER CONWAY 03813

ONIX NETWORKING CORPORATIO
PO BOX 74184
CLEVLAND 44194-0002

MOUNTAIN SHADES, INC.
11931 1-70 NORTHRIDGE RD. NO.
WHEAT RIDGE 80033

NORTH CONWAY WATER PRECINCT
PO BOX 630
104 SAWMILL LANE
NORTH CONWAY 03860

OPTERUS, INC
PO BOX 248
UXBRIDGE, CANADA L9P 1B1

MT WASHINGTON VALLEY VIBE
WISEGUY CREATIVE MEDIA
126 ALLENS SIDING ROAD
NORTH CONWAY 03860

NORTH FACE
VF OUTDOOR, INC.
13911 COLLECTIONS CENTER DR.
CHICAGO 60693

ORENDA WILDLIFE LAND TRUSTIN
PO BOX 669
W.BARNSTABLE 02668

MWOBS
MOUNT WASHINGTON OBSERVATORY
PO BOX 9100
BERLIN 03570-9100

NORTHWEST RIVER SUPPLIES,
1638 S BLAINE STREET
MOSCOW 83843

OSPREY PACKS, INC
PO BOX 913157
DENVER 80291-3157

NATIONAL GEOGRAPHIC MAPS,
P.O. BOX 749406
LOS ANGELES 90074-9406

OAK RIDGE HAULING, LLC
PO BOX 1937
DANBURY 06813-1937

OTIS ELEVATOR COMPANY
P.O. BOX 13716
NEWARK 07188-0716

NESTER HOSIERY, LLC
PO BOX 936281
ATLANTA 31193-6281

OBERALP NORTH AMERICA
DEPT. 1288
DENVER 80256

OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO 60673-3579

OUTDOOR RESEARCH, INC.
LB 1216
PO BOX 35146
SEATTLE 98124-5146

PLAYNETWORK, INC.
PO BOX 204515
DALLAS 75320-4515

RAKUTEN MARKETING LLC
P.O. BOX 415613
BOSTON 02241-5613

PACIFIC MARKET INTERNATIONAL, LLC
P.O. BOX 74008450
CHICAGO 60674-8450

PMI WW BRANDS LLC
PO BOX 7410933
LOCK BOX# 10933
CHICAGO 60674

RED WING BRANDS OF AMERIC
24062 NETWORK PLACE
CHICAGO 60673-1240

PAGE STREET LEASING LLC
PO BOX 129
CANDIA 03034-0129

PNC BANK, NATIONAL ASSOCIATION
300 FIFTH AVE.
FLOOR 14
ATTN: RALPH MIELNIK
PITTSBURGH, PA 15222

REGENCY CENTERS, L.P.
DANBURY SQUARE, LOCKBOX 83
525 FELLOWSHIP ROAD, SUITE 3
MT. LAUREL 08054-3415

PATRIOT PLUMBING & HEATING
35 INDUSTRIAL DRIVE
CANTON 02021

PRANA, INC.
PO BOX 205470
DALLAS 75320-5470

REPUBLIC SERVICES #095
FOR AWS OF MASSACHUSETTS, LL
PO BOX 9001099
LOUISVILLE 40290-1099

PC CONNECTION SALES CORP
PO BOX 536472
PITTSBURGH 15253-5906

PRIMAVERA ING, S.A.
6A AVENIDA 12-14 COLONIA LANDIVER ZONA 16
GUATEMALA CITY 01007

RESOURCE ENERGY SYSTEMS,L
PO BOX 415973
BOSTON 02241-5973

PENNICHUCK WATER
PO BOX 428
NASHUA 03061-0428

PRODCO ANALYTICS INC.
9408 BOULEVARD DU GOLF
CANADA H1J 3A1

RETAIL TECH INC
8600 SHELBY COURT
SUITE 200
CHANHASSEN 55317

PETZL AMERICA
PO BOX 35143
LB 413039
SEATTLE 98124-5143

PROSEGUR EAS USA, LLC
CL600112
PO BOX 24620
WEST PALM BEACH 33416

RETRIEVER WASTE MANAGEMEN
P.O. BOX 429
ESSINGTON 19029

PFE EXPRESS LTD
FOREMOST HOUSE
WATERSIDE BUSINESS PARK, EASTWAYS
WITHAM, EN CM8 3PL

R.K. PORTSMOUTH, LLC
ATTN MARY CLAIRE KILEY
50 CABOT STREET SUITE 200
NEEDHAM 02494

RICOH USA, INC.
P.O. BOX 827577
PHILADELPHIA 19182-7577

PHD PRODUCTIONS
2 HARVARD CT.
ROCKVILLE 20850

RACCOON EVENTS INC
70 W MADISON ST, STE 5750
CHICAGO 60602

ROSENTHAL & ROSENTHAL
P.O. BOX 88926
CHICAGO 60695-1926

PHOENIX LITHOGRAPHING CORPORATION
11631 CAROLINE ROAD
PHILADELPHIA 19154

RME SECURITY, INC (TX)
7102 W. SAM HOUSTON PKWY NORTH
SUITE 100
HOUSTON 77040

ROSSIGNOL GROUP
P.O. BOX 850249
MINNEAPOLIS 55485-0249

RUFFWEAR
PO BOX 24902
SEATTLE 98124-0902

SMITH SPORT OPTICS, INC.
PO BOX 35144
#43079
SEATTLE 98124-5144

STERLING, INC.
C/O SHERRILL INC
496 GALLIMORE DAIRY RD, STE D
GREENSBORO 27409

RUMPL, INC
PO BOX 103026
PASADENA 91189-3026

SOCLEAN,  INC
12 VOSE FARM ROAD
PETERBOROUGH 03458

STONYBROOK WATER COMPANY
11 BEACH STREET
MANCHESTER 01944

SANDERS FIRE & SAFETY
PO BOX 739
CLIFTON PARK 12065

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH 15251-6170

STUYVESANT PLAZA RETAIL, LLC
C/O WS ASSET MANAGEMENT, IN
33 BOYLSTON STREET, SUITE 30
CHESTNUT HILL 02467

SAVI SOLUTIONS INC
1410 SOUTH 600 WEST
WOODS CROSS 84010

SOLO BRANDS, LLC
PO BOX 736347
DALLAS 75373-6347

SUN COMPANY, INC.
4840 VAN GORDON STREET
UNIT 1000
WHEAT RIDGE 80033

SAWYER PRODUCTS
P.O. BOX 188
SAFETY HARBOR 34695-0188

SOURCECORP BPS, INC
DEPT 9050
PO BOX 676114
DALLAS 75267-6114

SUNBELT RENTALS,INC.
PO BOX 409211
ATLANTA 30384-9211

SCREENTEK
130 WELTON STREET
HAMDEN 06517

SPORT OBERMEYER
115 AABC
ASPEN 81611

SUPERFEET, LLC
1820 SCOUT PLACE
FERNDALE 98248-8937

SEA TO SUMMIT NORTH AMERICA LLC
12303 AIRPORT WAY
SUITE 300
BROOMFIELD 80021

STANDARD INSURANCE COMPANY
PO BOX 3789
PORTLAND 97208-3789

SURBURBAN ELECTRIC CONTRAIN
339 CANTON STREET
STOUGHTON 02072-2264

SHIPMATES PRINTMATES HOLDING CORP
VELOCITY
705 CORPORATIONS PARK
SCOTIA 12302

STAPLES
500 STAPLES DR
FRAMINGHAM 01702

SWISS ARMY BRANDS DIV., I
P.O. BOX 845362
BOSTON 02284-5362

SKI THE EAST LLC
50 LAKESIDE AVE
SUITE 450
BURLINGTON 05401

STEEL TECHNOLOGY LLC
HYDRO FLASK
PO BOX 741037
LOS ANGELES 90074-1037

TEACHERS INSURANCE AND AN
ASSOCIATION OF AMERICA
P.O. BOX 416140
BOSTON 02241-6140

SMARTWOOL CORPORATION
VF OUTDOOR INC
13911 COLLECTIONS CENTER DRIVE
CHICAGO 60693

STERLING ROPE CO., INC.
26 MORIN ST.
BIDDLEFORD 04005

TENDER CORP.
DBA ADVENTURE MEDICAL KITS
944 INDUSTRIAL PARK ROAD
LITTLETON 03561

TENDER CORPORATION
944 INDUSTRIAL PARK ROAD
LITTLETON 03561-3956

TRADER JOE'S COMPANY
ATTN: TREASURER
800 SOUTH SHAMROCK AVENUE
MONROVIA 91016-6346

VISTA OUTDOOR SALES LLC
PO BOX 734151
CHICAGO 60673-4151

THE FLYING LOCKSMITHS
1115 NORTH MAIN STREET
RANDOLPH 02368

UNIFIRST CORPORATION
PO BOX 650481
DALLAS 75265-0481

VT FLOOD RESPONSE AND RECFU
3 COURT STREET
MIDDLEBURY 05753

THE GREEN MOUNTAIN CLUB, INC
4711 WATERBURY-STOWE ROAD
WATERBURY CENTER 05677

UNIVERSAL ENVIRONMENTAL
CONSULTING, INC.
PO BOX 346
CARLE PLACE 11514

VUORI INC
5600 AVENIDA ENCINAS, SUITE 1
ATTN: ACCOUNTS RECEIVABLE
CARLSBAD 92008

THE IMAGE PRESS
6333 DAEDALUS ROAD
CICERO 13039

UNTAPPED, LLC
PO BOX 2
RICHMOND 05477

W/S HADLEY PROPERTIES II LLC
PO BOX 845007
BOSTON 02284-5007

THE SHOPPES AT WILTON, LLC
C/O MALY COMMERCIAL REALTY,INC
213 N. STADIUM BLVD, SUITE 203
COLUMBIA 65203

UPS
P.O. BOX 7247-0244
PHILADELPHIA 19170-0001

WARSON GROUP, INC.
PO BOX 841140
KANSAS CITY 64184-1140

THREAD WALLETS LLC
125 W 500 S PROVO
PROVO 84601

UR ENERGY INC
333 VALLEYBROOK AVE
LYNDHURST 07071

WELLS FARGO TRADE CAPITAL SN
P O BOX 911794
DENVER 80291-1794

THULE INC
PO BOX 358105
PITTSBURGH 15251-5105

US SHERPA
235 MAIN STREET, SUITE 1
WINOOSKI 05404

WOLVERINE WORLD WIDE, INC.
25759 NETWORK PLACE
CHICAGO 60673-1257

TOAD & CO. INTERNATIONAL, INC
PO BOX 737136
DALLAS 75373-7136

USDA - FOREST SERVICE
C/O US BANK
PO BOX 6200-09
PORTLAND 97228-6200

XL COLOR
16 SOUTHWOOD ROAD
BLOOMFIELD 06002

TOPO ATHLETIC
1 GRANT STREET
SUITE 150
FRAMINGHAM 01702

VFI
27655 MIDDLEBELT ROAD
SUITE 150
FARMINGTON, MI 48334

YELL STEEL ENTERPRISE, INC
17848 SKY PARK CIRCLE
SUITE A
IRVINE 92614

TOWN OF HADLEY
100 MIDDLE STREET
HADLEY 01035

VFI KR SPE I LLC
LOCKBOX #6021
P.O. BOX 5241
DENVER, CO 80217-5241

YESCO SIGN AND LIGHTING
RIVERFRONT PLACE
322 WEST MAIN STREET UNIT #1
TILTON 03276

# United States Bankruptcy Court
### District of Delaware

In re   **Mountain Sports LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mountain Sports LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Roberts 50 USA LLC**
**160 Corporate Ct**
**Meriden, CT 06450**

☐ None [*Check if applicable*]

**June 18, 2024**

Date

**/s/ Maria Aprile Sawczuk**

**Maria Aprile Sawczuk**

Signature of Attorney or Litigant

Counsel for   **Mountain Sports LLC**

**Goldstein & McClintock LLLP**
**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
**302-444-6710 Fax:302-444-6709**
**marias@goldmclaw.com**