**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

ANDREW R. VARA                          JOSEPH J. McMAHON, JR.
UNITED STATES TRUSTEE                    ASSISTANT U.S. TRUSTEE

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY
COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors
for the following cases:

**DEBTOR**:          **Mountain Sports LLC, *et al.*[1]**

**CASE NO**:         **24-11385 (MFW)**

**DATE**:            **July 23, 2024**

**TIME**:            **10:00 a.m.**

**LOCATION**:        **J. Caleb Boggs Federal Building**
                     **844 King Street**
                     **3rd Floor, Room 3209**
                     **Wilmington, DE 19801**
                     **The 341 meeting will be held telephonically**

By: */s/ Joseph F. Cudia*
Joseph F. Cudia, Trial Attorney

Dated:  June 24, 2024

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003,
FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE
REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA
LLC (6115); and Mountain Sports USA LLC (4036). The location of the Debtors' corporate headquarters is 160
Corporate Court, Meriden, CT 06450.

cc:    Maria Sawczuk, William Thomas, Amrit Kapai: (Debtors' counsel).