**Information to identify the cases:**

**Debtors: Mountain Sports LLC, *et al*.**  EIN: xx-xxx9597

**United States Bankruptcy Court District of Delaware**

Case Number: 24-11385 (MFW) (Jointly Administered)   Date cases filed for chapter 11: June 18, 2024

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Cases   6/22

For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the website maintained for these chapter 11 cases by the Debtors' noticing and claims agent, Stretto, at https://cases.stretto.com/Express, at the bankruptcy clerk's office at the address listed below, or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to (855) 337-3537 (for U.S. calls) and (949) 617-1363 (for calls originating outside of the U.S.).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the cases.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee at (302−573−6491).**

1. **Full Name of Each Debtor**: <u>See chart below.</u>

   **Jointly Administered Cases**

   | DEBTOR | ADDRESS | CASE NO. | EIN # |
   |---|---|---|---|
   | Mountain Sports LLC | 150 Corporate Court, Meriden, CT 06450 | 24-11385 | xx-xxx9597 |
   | Mountain Sports USA, LLC | 160 Corporate Court, Meriden, CT 06450 | 24-11389 | xx-xxx4036 |
   | SDI Stores LLC | 160 Corporate Court, Meriden, CT 06450 | 24-11386 | xx-xxx4751 |
   | SDI Gift Card LLC | 160 Corporate Court, Meriden, CT 06450 | 24-11387 | xx-xxx9775 |
   | Bobs Stores USA LLC | 160 Corporate Court, Meriden, CT 06450 | 24-11388 | xx-xxx6115 |

**Mountain Sports LLC,** *et al.*                                                                                          **Case Number: 24-11385**

2. **All other names used in the last 8 years:**

    **DBA Bob's Stores**
    **DBA Bobs Stores**
    **DBA Eastern Mountain Sports**
    **DBA EMS**
    **DBA Sport Chalet**

3. **Address:** See Chart Above

4. **Debtors' Proposed Counsel**

    **Goldstein & McClintock LLLP**
    Maria Aprile Sawczuk
    501 Silverside Road, Suite 65
    Wilmington, DE 19809
    Telephone: (302) 444-6710
    Fax: (302) 444-6709
    marias@goldmclaw.com

5. **Bankruptcy clerk's office**

    | | | |
    |---|---|---|
    | Documents in these cases may be filed at this address. | **824 N. Market Street**<br>**3rd Floor**<br>**Wilmington, DE 19801** | **Hours open: Monday − Friday**<br>**8:00 AM (ET) − 4:00 PM (ET)**<br>**Contact phone  302−252−2900** |
    | You may inspect all records filed in these cases at this office, or online at https://cases.stretto.com/Express at no charge or at www.pacer.gov for a fee. | | |

6. **Meeting of creditors**

    | | | |
    |---|---|---|
    | The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | July 23, 2024 at 10:00 a.m. (prevailing Eastern Time)<br><br>The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | **Location: Telephonic**<br><br>**Dial in: 1-866-621-1355**<br>**Passcode: 7178157#** |

7. **Proof of claim deadline**

    | | |
    |---|---|
    | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. | No deadline for filing proof of claim has been set.  If a deadline is set, notice will be sent at a later time.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, https://dm.epiq11.com/case/mtq/info or any bankruptcy clerk's office.<br><br>For more information on how to file a proof of claim, visit the Delaware Bankruptcy Court's website at: http://www.deb.uscourts.gov/claims−information. |

8. **Exception to discharge deadline**

    | | |
    |---|---|
    | The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>No deadline for filing the complaint has been set.  If a deadline is set, notice will be sent at a later time. |

Official Form 309F (For Corporations or Partnerships)                                                                **Notice of Chapter 11 Bankruptcy Case**

| | |
|---|---|
| **Mountain Sports LLC,** *et al*. | **Case Number:** 24-11385 |

9. **Creditors with a foreign address**

   If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases.

10. **Filing a Chapter 11 bankruptcy case**

    Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of their property and may continue to operate their business.

11. **Discharge of debts**

    Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.