IN THE UNITED STATES BANKRUPTCY COURT
OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MOUNTAIN SPORTS LLC, *et al.*,[1] | ) Case No. 24-11385 (MFW) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.  **Amer Sports Winter and Outdoor Co.,** Attn: Emily Landeryou, 2030 Lincoln Ave., Ogden, UT 84401; Phone (801) 624-7557; email: emily.landeryou@amersports.com.

2.  **Ariat International, Inc.,** Attn: Craig Breitinger, 1500 Alvarado St. #100, San Leandro, CA 94577; Phone: (510) 477-7026; email: craig.breitinger@ariat.com.

3.  **Marmot Mountain LLC,** Attn: Leslie Williamson, 5789 State Farm Drive, Suite 200, Rohnert Park, CA 94928; Phone: (707) 541-2199; email: credit@marmot.com.

4.  **Oboz Footwear LLC**, Attn: Rob Leo, 212 S Wallace Ave., Suite 103, Bozeman, MT 59715; Phone: (406) 522-0319; email: rleo@obozfootwear.com.

5.  **VF Corp**, Attn: Darin Newton, N 850 County Hwy CB, Appleton, WI 54912; Phone: (920) 441-7205; email: darin_newton@vfc.com.

ANDREW R. VARA
United States Trustee, Region 3 & 9

 /s/ *Joseph F. Cudia* for
JOSEPH J. McMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: July 3, 2024

Attorney assigned to this Case: Joseph F. Cudia, Esq., Phone: (202) 934-4051, joseph.cudia@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The location of the Debtors' corporate headquarters is 160 Corporate Court, Meriden, CT 06450.