# EXHIBIT 1

## GOING CONCERN SALE PROCESS BUDGET

Mountain Sports, LLC; et al.
United States Bankruptcy Court for Delaware Case No: 24-11385
Interim Weekly Cashflow

| Week End Date | Week 1 7/20/2024 | Week 2 7/27/2024 | Week 3 8/3/2024 | Week 4 8/10/2024 | Week 5 8/17/2024 | Week 6 8/24/2024 | Week 7 8/31/2024 | Total |
|---|---|---|---|---|---|---|---|---|
| **Net Sales** | **3,604,379** | **3,319,963** | **3,271,955** | **3,307,928** | **3,160,272** | **2,833,832** | **1,137,700** | **20,636,028** |
| Accounts Receivable | | | | | | | 2,003,804 | 2,003,804 |
| Collections | 3,604,379 | 3,319,963 | 3,271,955 | 3,307,928 | 3,160,272 | 2,833,832 | 1,137,700 | 20,636,028 |
| Bank & Credit Card Fees & Other | (233,262) | (53,151) | (52,383) | (52,959) | (50,595) | (45,369) | (45,369) | (533,086) |
| Gift Cards | (40,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (100,000) |
| **Total Collections** | 3,331,118 | 3,256,811 | 3,209,572 | 3,244,970 | 3,099,677 | 2,778,463 | 3,086,135 | **22,006,746** |
| Supervision | 185,165 | 56,355 | 56,355 | 56,355 | 56,355 | 56,355 | 56,355 | **523,292** |
| Advertising | 175,034 | 53,328 | 53,328 | 53,328 | 53,328 | 53,328 | 53,328 | **495,002** |
| Consultant Fee | 210,146 | 47,884 | 47,192 | 47,711 | 45,581 | 40,873 | 5,158 | **444,544** |
| Liquidator OH Cost | 23,054 | 7,024 | 7,024 | 7,024 | 7,024 | 7,024 | 7,024 | **65,196** |
| Liquidator Deposit | - | - | - | - | - | - | (164,000) | **(164,000)** |
| Payroll, Including Benefits | 683,596 | 41,363 | 916,930 | 41,363 | 657,855 | 41,363 | 1,471,334 | **3,853,804** |
| Occupancy | 446,093 | 176,431 | 627,938 | 76,431 | 581,840 | 76,431 | 337,425 | **2,322,590** |
| Distribution Center | 93,657 | 3,657 | 303,276 | - | - | - | - | **400,591** |
| Insurance | 66,200 | 26,000 | - | 66,200 | 26,000 | - | 35,760 | **220,160** |
| Sales Tax Payments | 321,610 | - | - | - | 777,552 | - | 399,613 | **1,498,774** |
| Operating Systems | 80,350 | 36,150 | 182,680 | 61,250 | 35,900 | 36,150 | 55,948 | **488,428** |
| Principal and Interest | - | - | 474,101 | - | - | - | 243,618 | **717,719** |
| Returns | 60,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | **180,000** |
| Other | 45,000 | 50,865 | 35,000 | 35,000 | 35,000 | 40,000 | 50,865 | **291,730** |
| **Net Expenses** | 2,389,906 | 519,057 | 2,723,823 | 464,661 | 2,296,434 | 371,523 | 2,572,425 | **11,337,830** |
| *Professional Fees* | | | | | | | | |
| Legal Fees - G&M | 101,613 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | **406,452** |
| Committee | 50,000 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | **600,000** |
| US Trustee Fees | 33,492 | - | - | - | - | - | 204,945 | **238,438** |
| Claims Agent | 30,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | **66,000** |
| Riveron | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | **60,000** |
| Blank Rome | - | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | 83,333 | **500,000** |
| Investment Bank | - | - | - | - | - | - | - | **-** |
| Silverman Consulting | 75,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 25,000 | **275,000** |
| **Professional Fees** | 290,105 | 276,806 | 276,806 | 276,806 | 276,806 | 276,806 | 471,752 | **2,145,889** |
| **Net Estimated Cash Flow** | **651,106** | **2,460,948** | **208,943** | **2,503,502** | **526,436** | **2,130,134** | **41,958** | **8,523,027** |
| *Cash Rollforward* | | | | | | | | |
| Cash, Beginning | 2,117,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 2,117,515 |
| Net Estimated Cashflow | 651,106 | 2,460,948 | 208,943 | 2,503,502 | 526,436 | 2,130,134 | 41,958 | 8,523,027 |
| Revolver Paydown (Adequate Protection Cost) | (1,251,106) | (2,460,948) | (208,943) | (2,503,502) | (526,436) | (2,130,134) | (41,958) | (9,123,027) |
| **Ending Cash** | **1,517,515** | **1,517,515** | **1,517,515** | **1,517,515** | **1,517,515** | **1,517,515** | **1,517,515** | **1,517,515** |
| *LOC + FILO Rollforward* | | | | | | | | |
| Beginning, LOC Balance + FILO | 23,228,658 | 21,977,552 | 19,516,604 | 19,182,661 | 16,679,159 | 16,152,723 | 14,022,589 | 23,228,658 |
| FILO | - | - | (125,000) | - | - | - | - | (125,000) |
| Revolver Paydown (Adequate Protection Cost) | (1,251,106) | (2,460,948) | (208,943) | (2,503,502) | (526,436) | (2,130,134) | (41,958) | (9,123,027) |
| **Ending, LOC Balance + FILO** | **21,977,552** | **19,516,604** | **19,182,661** | **16,679,159** | **16,152,723** | **14,022,589** | **13,980,631** | **13,980,631** |

| | Amount |
|---|---|
| Est. Sales Proceeds | 11,000,000 |
| Less: Investment Bank Fee | (220,000) |
| Less: Winddown Costs | (250,000) |
| Plus: Remaining Cash | 1,517,515 |
| **Net Proceeds of Sale** | **12,047,515** |
| **Remaining LOC + FILO** | **1,933,116** |

Note: Augment sales were not included in this budget. The liquidator would expect to sell approximately $4.0 million of additional stock (i.e. their product) in the open stores; the Company would receive approximately $0.3 million in additional receipts due to the estimated augment sales.