# EXHIBIT 2

# LIQUIDATION BUDGET

Mountain Sports, LLC; et al.
United States Bankruptcy Court for Delaware Case No: 24-11385
Interim Weekly Cashflow

| Week End Date | Week 1 7/20/2024 | Week 2 7/27/2024 | Week 3 8/3/2024 | Week 4 8/10/2024 | Week 5 8/17/2024 | Week 6 8/24/2024 | Week 7 8/31/2024 | Week 8 9/7/2024 | Week 9 9/14/2024 | Week 10 9/21/2024 | Week 11 9/28/2024 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | **2,762,131** | **3,281,650** | **3,586,367** | **3,742,859** | **3,713,559** | **3,601,421** | **3,329,197** | **2,838,131** | **2,500,276** | **1,796,726** | **258,962** | **31,411,280** |
| Accounts Receivable | | | | | | | | | | | 2,003,804 | 2,003,804 |
| Collections | 2,762,131 | 3,281,650 | 3,586,367 | 3,742,859 | 3,713,559 | 3,601,421 | 3,329,197 | 2,838,131 | 2,500,276 | 1,796,726 | 258,962 | 31,411,280 |
| Bank & Credit Card Fees & Other | (158,699) | (57,476) | (62,362) | (64,871) | (64,401) | (62,603) | (58,238) | (50,364) | (44,946) | (33,664) | (9,006) | (666,630) |
| Gift Cards | (30,000) | (30,000) | (30,000) | (10,000) | (10,000) | - | - | - | - | - | - | (110,000) |
| **Total Collections** | 2,573,432 | 3,194,174 | 3,494,005 | 3,667,988 | 3,639,158 | 3,538,818 | 3,270,960 | 2,787,768 | 2,455,330 | 1,763,061 | 2,253,761 | 32,638,454 |
| Supervision | 191,375 | 65,914 | 65,914 | 65,914 | 65,914 | 65,914 | 65,914 | 65,914 | 65,914 | 65,914 | 17,231 | 801,835 |
| Advertising | 167,087 | 47,739 | 47,739 | 47,739 | 47,739 | 47,739 | 47,739 | 47,739 | 47,739 | 47,739 | 16,371 | 613,109 |
| Consultant Fee | 142,972 | 51,780 | 56,182 | 58,442 | 58,019 | 56,399 | 52,467 | 45,373 | 40,492 | 30,328 | 8,113 | 600,568 |
| Liquidator OH Cost | 20,305 | 6,180 | 6,180 | 6,180 | 6,180 | 6,180 | 6,180 | 6,180 | 6,180 | 6,180 | 2,878 | 78,802 |
| Liquidator Deposit | - | - | - | - | - | - | - | - | - | - | (164,000) | (164,000) |
| Payroll, Including Benefits | 680,097 | 41,363 | 963,430 | 41,363 | 671,454 | 41,363 | 628,032 | 289,916 | 628,032 | 41,363 | 1,893,143 | 5,919,557 |
| Occupancy | 443,815 | 176,431 | 627,938 | 76,431 | 557,666 | 76,431 | 527,938 | 76,431 | 436,107 | 76,431 | 261,284 | 3,336,905 |
| Distribution Center | 93,657 | 3,657 | 303,276 | - | - | - | - | - | - | - | - | 400,591 |
| Insurance | 66,200 | 26,000 | 66,200 | 26,000 | - | - | - | 66,200 | 26,000 | - | 26,424 | 303,024 |
| Sales Tax Payments | 321,610 | - | - | - | 740,361 | - | - | - | 553,348 | - | 282,473 | 1,897,792 |
| Operating Systems | 71,723 | 28,423 | 200,374 | 27,523 | 28,423 | 28,423 | 73,642 | 27,523 | 28,173 | 28,423 | 66,642 | 609,040 |
| Principal and Interest | - | - | 474,101 | - | - | - | - | 349,101 | - | - | 123,145 | 946,348 |
| Returns | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | 45,000 | 50,865 | 35,000 | 35,000 | 35,000 | 40,000 | 50,865 | 35,000 | 35,000 | 40,000 | 50,865 | 452,595 |
| **Net Expenses** | 2,243,842 | 498,352 | 2,846,335 | 384,593 | 2,210,507 | 362,450 | 1,452,778 | 1,009,377 | 1,866,985 | 336,379 | 2,584,568 | 15,796,165 |
| *Professional Fees* | | | | | | | | | | | | |
| Legal Fees - G&M | 101,613 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 50,806 | 609,676 |
| Committee | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 54,545 | 600,000 |
| US Trustee Fees | 33,492 | - | - | - | - | - | - | - | 221,539 | - | 27,331 | 282,362 |
| Claims Agent | 30,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 90,000 |
| Riveron | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 100,000 |
| Blank Rome | - | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 500,000 |
| Investment Bank | - | - | - | - | - | - | - | - | - | - | - | - |
| Silverman Consulting | 75,000 | 35,000 | 35,000 | 35,000 | 25,000 | 25,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 330,000 |
| **Professional Fees** | 294,651 | 206,352 | 206,352 | 206,352 | 196,352 | 196,352 | 191,352 | 191,352 | 412,890 | 191,352 | 218,683 | 2,512,038 |
| **Net Estimated Cash Flow** | 34,940 | 2,489,470 | 441,319 | 3,077,043 | 1,232,299 | 2,980,016 | 1,626,830 | 1,587,038 | 175,455 | 1,235,331 | (549,490) | 14,330,251 |
| *Cash Rollforward* | | | | | | | | | | | | |
| Cash, Beginning | 2,117,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 2,145,673 | 2,117,515 |
| Net Estimated Cashflow | 34,940 | 2,489,470 | 441,319 | 3,077,043 | 1,232,299 | 2,980,016 | 1,626,830 | 1,587,038 | 175,455 | 1,235,331 | (549,490) | 14,330,251 |
| Revolver Paydown (Adequate Protection Cost) | (634,940) | (2,489,470) | (441,319) | (3,077,043) | (1,232,299) | (2,980,016) | (1,626,830) | (1,587,038) | (175,455) | (607,173) | (1,319,906) | (16,171,489) |
| **Ending Cash** | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 1,517,515 | 2,145,673 | 276,277 | 276,277 |
| **LOC + FILO Rollforward** | | | | | | | | | | | | |
| Beginning, LOC Balance + FILO | 23,228,658 | 22,593,719 | 20,104,249 | 19,537,930 | 16,460,887 | 15,228,588 | 12,248,571 | 10,621,741 | 9,034,703 | 8,859,248 | 8,252,075 | 23,228,658 |
| FILO | - | (125,000) | - | - | - | - | - | - | - | - | - | (125,000) |
| Revolver Paydown (Adequate Protection Cost) | (634,940) | (2,489,470) | (441,319) | (3,077,043) | (1,232,299) | (2,980,016) | (1,626,830) | (1,587,038) | (175,455) | (607,173) | (1,319,906) | (16,171,489) |
| **Ending, LOC Balance + FILO** | 22,593,719 | 20,104,249 | 19,537,930 | 16,460,887 | 15,228,588 | 12,248,571 | 10,621,741 | 9,034,703 | 8,859,248 | 8,252,075 | 6,932,169 | 6,932,169 |

Note: Augment sales were not included in this budget. The liquidator would expect to sell approximately $4.0 million of additional stock (i.e. their product) in the open stores; the Company would receive approximately $0.3 million in additional receipts due to the estimated augment sales.