## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2024, I caused a true and correct copy of the foregoing *Limited Objection of TBP Cranston LLC, Levin Properties, L.P. and Somerset County Shopping Center to Debtors' Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* to be served on the parties on the attached service list via using CM/ECF, Federal Express and Email.

| | |
|---|---|
| Dated: July 29, 2024 | **JOHN R. WEAVER, JR., PA** |
| | By: */s/ John R. Weaver* |
| | John R. Weaver, Esq. |
| | |
| | and |
| | |
| | **STARK & STARK, P.C.** |
| | |
| | By: */s/ Thomas S. Onder* |
| | Thomas S. Onder, Esq. |
| | Joseph H. Lemkin, Esq. |

SERVICE LIST

| | |
|---|---|
| Goldstein & McClintock LLLP<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Attn: Maria Aprile Sawczuk<br>marias@goldmclaw.com<br>*Counsel for Debtors* | Goldstein & McClintock LLLP<br>111 W. Washington Street, Suite 1221<br>Chicago, IL 60602<br>Attn: Matt McClintock<br>mattm@goldmclaw.com<br>*Counsel for Debtors* |
| Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Attn: Jeffrey Cohen jcohen@lowenstein.com, Brent Weisenberg bweisenberg@lowenstein.com, and Erica Mannix emannix@lowenstein.com<br>*Counsel for Committee of Creditors* | Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Attn: Eric Monzo emonzo@morrisjames.com and Brya Keilson bkeilson@morrisjames.com<br>*Counsel for Committee of Creditors* |
| Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, Delaware, 19801<br>Attn: Joseph Cudia joseph.cudia@usdoj.gov | "Notice Parties" – *Via CM/ECF only* |