IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Related to Docket No. 639 |

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING EXCLUSIVITY TO FILE CHAPTER 11 PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "*Motion*")[2] of the above-captioned debtors pursuant to Bankruptcy Code sections 105 and 1121(d) seeking entry of an order further extending the exclusive period during which the Debtors may file a chapter 11 plan of reorganization and solicit acceptances thereof, to and including June 20, 2025 and August 19, 2025, respectively, as more fully set forth in the Motion; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); SDI Stores LLC (4751); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

[2] Capitalized terms not defined herein are defined in the Motion.

2. The Exclusive Filing Period during which the Debtors may file a chapter 11 plan of reorganization, as set forth in section 1121(b) of the Bankruptcy Code, is hereby extended to and including **June 20, 2025.**

3. The Exclusive Solicitation Period during which the Debtors may solicit acceptances of a plan, as set forth in section 1121(c)(3) of the Bankruptcy Code, shall be extended to and including **August 19, 2025.**

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: May 8th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE