**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MOUNTAIN SPORTS LLC, *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 690 & 691** |
|  | ) |  |

<u>**CERTIFICATE OF SERVICE**</u>

I, ANDREA SPEELMAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 6, 2025, I caused to be served the:

    a.  "Debtors' First Omnibus Objection to Certain (I) Duplicate Claims, (II) Amended Claims, (III) Insufficient Documentation Claims, and (IV) Wrong Debtor Claims (Non-Substantive)," dated June 6, 2025 [Docket No. 690], (the "1st Omnibus Objection"), and

    b.  "Debtors' Second Omnibus Objection to Certain (I) Misclassified Claims, and (II) Reduce and Allow Claims (Substantive)," dated June 6, 2025 [Docket No. 691], (the "2nd Omnibus Objection"),

    by causing true and correct copies of the:

        i.  1st Omnibus Objection and 2nd Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

        ii.  1st Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

        iii.  2nd Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

iv.     1st Omnibus Objection and 2nd Omnibus Objection to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

v.      1st Omnibus Objection to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

vi.     2nd Omnibus Objection to be delivered via electronic mail to those parties listed on the annexed Exhibit F, and

vii.    2nd Omnibus Objection to be delivered via electronic mail to: *paul.kincaid@data2logistics.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

**EXHIBIT A**

Mountain Sports, LLC
Address Service List

| Name | Address |
|---|---|
| ADIDAS SALES, INC. | DEPT CH 19361   PALATINE IL 60055-9405 |
| ALTRA, INC. | VF OUTDOOR LLC 13911 COLLECTION CENTER DR   CHICAGO IL 60693-0139 |
| DEPARTMENT OF THE TREASURY - IRS | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE   WASHINGTON DC 20549 |

# Total Count: 4

**EXHIBIT B**

Mountain Sports, LLC
Address Service List

| Name | Address |
|------|---------|
| ADP INC | ATTN VALERIE MALDONADO 1851 N RESLER  EL PASO TX 79912 |
| AGS HVAC SERVICES LLC | ATTN MICHELLE MATTI 1100 MAIN RD  WESTPORT  02790 |
| ALL AMERICAN WASTE LLC | 555 TAYLOR RD  ENFIELD CT 06082 |
| AMBIANCE APPAREL | 2415 E. 15TH STREET  LOS ANGELES CA 90021 |
| AMBIANCE APPAREL | 2415 E 15TH ST  LOS ANGELES  90021 |
| AMBIANCE U.S.A, INC. | C/O AMBIANCE APPAREL 2415 E. 15TH STREET  LOS ANGELES CA 90021 |
| ARCBEST INC | 3801 OLD GREENWOOD RD  FORT SMITH AR 72901 |
| B33 LORDENS PLAZA LLC | C/O POLSINELLI ATTN BRENDAN MCPHERSON 900 W. 48TH PLACE, SUITE 900  KANSAS CITY MO 64112 |
| BERRY DUNN MCNEIL & PARKER LLC | ATTN BRIAN J HANSEN 2211 CONGRESS STREET  PORTLAND  04102 |
| BOSTON GAS COMPANY | D/B/A NATIONAL GRID 300 ERIE BOULEVARD W  SYRACUSE NY 13202 |
| CARHARTT, INC. | 5750 MERCURY DRIVE  DEARBORN MI 48126 |
| CDW | ATTN MANNY VELAZQUEZ 200 N MILWAUKEE AVE  VERNON HILLS IL 60061 |
| CHASE CROSSROADS WATERFORD SQUARE | C/O ROGIN NASSAU LLC ATTN BARRY S. FEIGENBAUM, ESQ 185 ASYLUM STREET, 22ND FLOOR  HARTFORD  06103 |
| COMMERCIAL ASSET PRESERVATION LLC | ATTN MARC INSUL 3659 GREEN RD, STE 100  BEACHWOOD  44122 |
| CONSTELLATION NEWENERGY INC | 1310 POINT ST  BALTIMORE  21231 |
| CONTROL GROUP COMPANIES LLC | 200 CROSSING BLVD, 2ND FL  BRIDGEWATER NJ 08807 |
| CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE  WILMINGTON DE 19808 |
| DG GRAPHICS LLC | 58 SPRINGFIELD RD  SOMERS  06071 |
| DIGITAL WAVE TECHNOLOGY, INC | 130 CORRIDOR RD #472  PONTE VEDRA BEACH FL 32082 |
| DOOR CONTROL INC | 8 DELTA DR, UNIT D  LONDONDERRY NH 03053 |
| DSM MB II LLC | ATTN JOHN MATTHEWS  881 EAST ST  TEWKSBURY MA 01876 |
| E.L. HARVEY & SONS INC | 68 HOPKINTON ROAD  WESTBOROUGH  01581-2126 |
| EBIX INC | 1 EBIX WAY  JOHNS CREEK GA 30097 |
| EH AGENT FOR MASTERPIECES PUZZLE CO | 100 INTERNATIONAL DR, 22ND FL  BALTIMORE MD 21202 |
| ELITE DEVELOPMENT GROUP LLC | C/O IVEY BARNUM & O'MARA LLC 170 MASON ST  GREENWICH  06830 |
| EMPIRE APPAREL LLC | 1407 BROADWAY, 9TH FL, RM 909  NEW YORK NY 10018 |
| EULER HERMES AGENT EMBARK PEOPLE LLC | 100 INTERNATIONAL DR, 22ND FL  BALTIMORE  21202 |
| GALAXY ACTIVE, LLC. | 1411 BROADWAY - MEZZANINE  NEW YORK NY 10018 |
| GOOGLE | C/O WHITE AND WILLIAMS LLC ATTN: MICHAEL INGRASSIA 600 N. KING STREET, SUITE 800  WILMINGTON DE 19801 |
| GOOGLE LLC | ATTN DEPT 33654 PO BOX 3900  SAN FRANCISCO CA 94139 |
| HARTFORD FIRE INSURANCE COMPANY | ATTN HANK HOFFMAN, ASSISTANT VP ONE HARTFORD PLAZA  HARTFORD  06155 |
| HH BROWN SHOE CO INC | C/O JONATHAN NEIL & ASSOCIATES INC PO BOX 7000  TARZANA CA 91357 |
| IRON MOUNTAIN INFORMATION MANAGEMENT LLC | 1101 ENTERPRISE DRIVE  ROYERSFORD PA 19468 |
| JDS ELECTRIC LLC | C/O ROMANO PARKER & ASSOCIATES 41 NEW BRITAIN AVE  ROCKY HILL CT 06067 |
| JEBCOMMERCE LLC | PO BOX 2631  HAYDEN ID 83835 |
| JERSEY CENTRAL POWER & LIGHT | 101 CRAWFORDS CORNER RD, BLDG #1 STE 1-511  HOLMDEL NJ 07733 |
| KETER ENVIRONMENTAL SERVICES LLC | PO BOX 417468  BOSTON  02241-7468 |
| KEYSPAN GAS EAST CORP | D/B/A NATIONAL GRID 300 ERIE BOULEVARD W  SYRACUSE NY 13202 |
| LAKESHIRTS LLC | D/B/A BLUE 84 ATTN TRACY HENWOOD 750 RANDOLPH RD  DETROIT LAKES MN 56501 |
| LISTRAK INC. | ATTN DIRECTOR OF LEGAL SERVICES 100 W. MILLPORT ROAD  LITITZ  17543 |
| LOWA BOOTS LLC | 86 VIADUCT RD  STAMFORD  06907-2735 |
| MASSACHUSETTS ELECTRIC COMPANY | C/O NATIONAL GRID 300 ERIE BOULEVARD W  SYRACUSE NY 13202 |
| MASTERPIECES PUZZLE CO INC | 12475 N RANCHO VISTOSO  ORO VALLEY AZ 85755 |
| MILBERG FACTORS INC | 99 PARK AVE, 21 FL  NEW YORK  10016 |
| MOUNT WASHINGTON OBSERVATORY | PO BOX 2310  NORTH CONWAY  03860 |

| Name | Address |
|---|---|
| MTG DISPOSAL, LLC | 19 INDUSTRIAL AVE   SEEKONK MA 02771 |
| NEW HIGH END WHOLESALE | ATTN BRENT SIMPSON 420 W 1ST ST, #105   TEMPE AZ 85281 |
| O'NEILL CLOTHING COMPANY | C/O CRF SOLUTIONS  PO BOX 1389   SIMI VALLEY CA 93062 |
| PFE EXPRESS LIMITED | FOREMOST HOUSE WATERSIDE BUSINESS PARK EASTWAYS  WITHAM, ESSEX CM8 3PL  UNITED KINGDOM |
| PFE EXPRESS LTD | FOREMOST HOUSE  WATERSIDE BUSINESS PARK EASTWAYS  WITHAM, ESSEX CM8 3PL  UNITED KINGDOM |
| PHD PRODUCTIONS LLC | 2 HARVARD CT   ROCKVILLE MD 20850 |
| PROSEGUR EAS USA LLC | 598 HILLSBORO TECHNOLOGY DRIVE   DEERFIELD BEACH  33441 |
| PSEG LONG ISLAND | 15 PARK DR   MELVILLE NY 11747 |
| QUENCH | 630 ALLENDALE RD, STE 200   KING OF PRUSSIA PA 19406 |
| RANDA ACCESSORIES LEATHER GOODS LLC | 5600 N. RIVER ROAD SUITE 500   ROSEMONT IL 60018 |
| REDSTONE MAINTENANCE INC | 115 CARRIAGE DR   KENSINGTON CT 06037 |
| RIENDEAU, CRAIG | ADDRESS ON FILE |
| ROSENTHAL & ROSENTHAL INC | ATTN MELINDA DEJESUS 1370 BROADWAY, 3RD FL   NEW YORK NY 10018 |
| ROYAL ONE NY INC | C/O COFACE NORTH AMERICA  INSURANCE COMPANY 600 COLLEGE RD E, STE 1110  PRINCETON NJ 08540 |
| ROYAL ONE NY INC | C/O COFACE NORTH AMERICA INSURANCE COMPANY 600 COLLEGE RD E, STE 1110  PRINCETON NJ 08540 |
| SAVI SOLUTION INC | 286 S 200 W  SUITE 310   FARMINGTON  UT 84010 |
| SAVI SOLUTION INC | 286 S 200 W, STE 310   FARMINGTON UT 84010 |
| SAVI SOLUTION INC | 286 S 200 W, STE 310   FARMINGTON UT 84025 |
| SOUSA SIGNS LLC | 225 E INDUSTRIAL PARK DR   MANCHESTER NH 03109-5311 |
| STERICYCLE INC | 2333 WAUKEGAN RD, STE 300   BANNOCKBURN IL 60015 |
| STERLING | C/O STERLING INFOSYSTEMS INC 6150 OAK TREE BLVD, STE 490   INDEPENDENCE OH 44131 |
| TBP CRANSTON LLC | C/O STARK AND STARK PC ATTN THOMAS ONDER, ESQ P.O. BOX 5315  PRINCETON NJ 08543 |
| THE ANTIGUA GROUP, INC. | 16651 N 84TH AVENUE   PEORIA  AZ 85382 |
| TIARA OWENS | ADDRESS ON FILE |
| TRANSPORTATION INSIGHT LLC | ATTN JENNIFER MCNEIL PO BOX 23000   HICKORY NC 28603 |
| TWIN ELECTRIC, LLC | 1000 LAFAYETTE BOULEVARD, 7TH FLOOR   BRIDGEPORT CT 06604 |
| UNITED ILLUMINATING COMPANY, THE | 100 MARSH HILL RD   ORANGE CT 06477 |
| UNITED LEGWEAR LLC | ATTN TONETTE LABAYEN 9950 SUMMERS RIDGE RD, STE 130   SAN DIEGO CA 92121 |
| UNITED PARCEL SERVICE | PO BOX 809488   CHICAGO IL 60680 |
| UNITEDHEALTHCARE INSURANCE COMPANY | ATTN CDM/BANKRUPTCY 185 ASYLUM ST, 03B   HARTFORD CT 06103 |
| UNITEDHEALTHCARE INSURANCE COMPANY | ATTN: CDM/BANKRUPTCY 185 ASYLUM STREET-03B   HARTFORD CT 06103 |
| UNTAPPED LLC | PO BOX 2   RICHMOND VT 05477 |
| UTAH STATE TAX COMMISSION | ATTN BANKRUPTCY UNIT 210 N 1950 W   SALT LAKE CITY UT 84134-9000 |
| WELD POWER SERVICE COMPANY INC | 1529 GRAFTON RD   MILLBURY MA 01527 |
| WELD POWER SERVICE COMPANY, INC | 1529 GRAFTON ROAD   MILLBURY MA 01527 |
| WESTPORT CORPORATION | PO BOX 2002   PINE BROOK NJ 07058 |
| WIP INC | 212 14TH ST   OREGON CITY OR 97045 |
| WOLVERINE WORLDWIDE, INC. | ATTN JILL OWEN 9341 COURTLAND DR NE   ROCKFORD MI 49351 |
| YELL STEEL ENTERPRISE CO INC | 17848 SKY PARK CIRCLE SUITE A   IRVINE CA 92614 |

# Total Count: 84

**EXHIBIT C**

Mountain Sports, LLC
Address Service List

| Name | Address |
|------|---------|
| ARCBEST INC | 3801 OLD GREENWOOD RD   FORT SMITH AR 72901 |
| ARIAT INTERNATIONAL | ATTN CREDIT TEAM/CRAIG BREITINGER 1500 ALVARADO ST, STE 100   SAN LEANDRO CA 94577 |
| CDW DIRECT, LLC. | P.O. BOX 75723   CHICAGO IL 60675-5723 |
| COMMERCIAL ASSET PRESERVATION LLC | ATTN MARC INSUL 3659 GREEN RD, STE 100   BEACHWOOD  44122 |
| CONSTELLATION NEWENERGY INC | 1310 POINT ST   BALTIMORE  21231 |
| CONTROL GROUP COMPANIES LLC | 200 CROSSING BLVD, 2ND FL   BRIDGEWATER NJ 08807 |
| DATA2LOGISTICS, LLC | 12631 WESTLINKS DRIVE STE 3   FORT MYERS  33913 |
| EVERON LLC | ATTN GAY COX 800 E WATERMAN   WICHITA KS 67202 |
| GENERAL FLOORING LLC | 420 TRANSYLVANIA RD   WOODBURY CT 06798 |
| GOOGLE LLC | ATTN DEPT 33654 PO BOX 3900   SAN FRANCISCO CA 94139 |
| HADDAD APPAREL GROUP LTD | 131 DOCKS CORNER RD   DAYTON NJ 08810 |
| HANESBRANDS INC | C/O WOMBLE BOND DICKINSON (US) LLP ATTN MORGAN L PATTERSON AND  MARCY J MCLAUGHLIN SMITH 1313 N MARKET ST, STE 1200 WILMINGTON DC 19801 |
| HIBBARD & ROSA ARCHITECTS, LLC | THE BALABAN & RECSZKA LAW FIRM 425 MAIN STREET - 4TH FLOOR   MIDDLETON CT 06457 |
| HOLLY WEIDELE, CONTROLLER | AMALGAMATED FINANCIAL GROUP VIII 1414 ATWOOD AVENUE, SUITE 260   JOHNSTON  02919 |
| MACERICH DEPTFORD LLC | C/O BALLARD SPAHR LLP ATTN DUSTIN P BRANCH, ESQ AND NAHAL ZARNIGHIAN, ESQ 2029 CENTURY PARK EAST, SUITE 1400 LOS ANGELES CA 90067-2915 |
| MOUNTAIN AND MAIN LLC | 8 SPELLMAN DRIVE   NEW PALTZ  12561 |
| MS PORTFOLIO, LLC | C/O BALLARD SPAHR LLP ATTN DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 1400  LOS ANGELES CA 90067-2915 |
| MTG DISPOSAL, LLC | ATTN AYLA GOKTURK 506 HAMILTON CIR   FRONT ROYAL  22630 |
| NITCO LLC | C/O BENUCK & RAINEY, INC. 25 CONCORD RD   LEE  03861 |
| ONE STEP UP LTD | C/O LAZARUS & LAZARUS PC 240 MADISON AVE 8TH FLOOR  NEW YORK NY 10016 |
| OSPREY PACKS, INC. | 1 HELEN OF TROY PLAZA   EL PASO TX 79912 |
| OUTFRONT MEDIA LLC | C/O IANNITELLI MARCOLINI, P.C. 5353 N 16TH STREET, SUITE 315   PHOENIX AZ 85016 |
| ROTH BROS, INC. | D/B/A SODEXO | ROTH ATTN STEPHANIE M GREY,ATTY-COMM LIT 915 MEETING STREET, SUITE 1500  NORTH BETHESDA MD 20852 |
| ROTH BROS, INC. | C/O SODEXO TECH SERVICES YOUNGSTOWN ATTN TAMMY KNIPP, SEGMENT FIN DIR 3821 CRUM ROAD  YOUNGSTOWN OH 44515 |
| SKY 103 LLC | C/O OBERMAYER REBMANN MAXWELL  ATTN MICHAEL D. VAGNONI, ESQ. 1500 MARKET STREET, SUITE 3400  PHILADELPHIA PA 19102 |
| SPORT OBERMEYER LTD | 115 ASPEN AIRPORT BUSINESS CENTER   ASPEN CO 81611 |
| STEEL TECHNOLOGY LLC | ATTN: TESSA JUDGE 1 HELEN OF TROY PLAZA   EL PASO TX 79912 |
| STERICYCLE INC | PO BOX 6582   CAROL STREAM IL 60197 |
| TBP CRANSTON LLC | C/O STARK AND STARK PC ATTN THOMAS ONDER, ESQ P.O. BOX 5315  PRINCETON NJ 08543 |
| TWIN ELECTRIC, LLC | 1000 LAFAYETTE BOULEVARD, 7TH FLOOR   BRIDGEPORT CT 06604 |

# Total Count: 30

**EXHIBIT D**

MOUNTAIN SPORTS LLC; et al., Case No. 24-11385 (MFW)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| 47 BRAND, LLC | rswink@47brand.com |
| AMER SPORTS WINTER & OUTDOOR COMPANY | ITCASWO@amersports.com; emily.landeryou@amersports.com |
| APTOS LLC | dbaum@aptos.com; sforrest@aptos.com |
| ARIAT INTERNATIONAL INC | Tim.Dougherty@ariat.com; craig.breitinger@ariat.com |
| ASHBY & GEDDES, P.A. | GTaylor@ashbygeddes.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com |
| BLACK DIAMOND GROUP, INC | berna@bdel.com |
| BLANK ROME LLP | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| CARHARTT | ammartin@carhartt.com |
| CIARDI CIARDI & ASTIN | aciardi@ciardilaw.com |
| Columbia Partners NH, LLC | cschmitz@columbiapart.com |
| COLUMBIA SPORTSWEAR CO. | Shawna.McCain@columbia.com |
| Constellation New Energy, Inc. | home@constellation.com |
| COTOPAXI/GLOBAL UPRISING, PBC | ar@cotopaxi.com |
| DELAWARE SECRETARY OF STATE | DOSDOC_WEB@STATE.DE.US |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| EVERSOURCE | customerserviceelectric@eversource.com |
| FDS Holdings Inc. | thomas.grigsby@fiserv.com |
| First Data | thomas.grigsby@fiserv.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | rgellert@gsbblaw.com; blehman@gsbblaw.com |
| GOOGLE LLC | collections@google.com |
| GORDON & REES | jbrenner@grsm.com |
| GREGORY MOUNTAIN PRODUCTS | susan.brown@samsonite.com |
| HAMILTON,KANE,MARTIN, ENT.,INC | jd@dc5properties.com |
| HANESBRANDS INC./BRIEFS | kevin.mullen@hanes.com |
| HINCKLEY, ALLEN & SNYDER LLP | jdoran@hinckleyallen.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; kcavins@kelleydrye.com |
| LAW OFFICE OF SUSAN E KAUFMAN LLC | skaufman@skaufmanlaw.com |

MOUNTAIN SPORTS LLC; et al., Case No. 24-11385 (MFW)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| LEVI STRAUSS & CO. | ascholl@levi.com |
| LOWENSTEIN SANDLER LLP | jcohen@lowenstein.com; emannix@lowenstein.com; cfrankel@lowenstein.com; bweisenberg@lowenstein.com |
| MARMOT MOUNTAIN INTERNATI | leslie.williamson@newellco.com; credit@marmot.com |
| MERCHSTACK, INC | james@merchstack.com |
| MONZACK MERSKY and BROWDER, P.A. | rmersky@monlaw.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | dabbott@morrisnichols.com; sjones@morrisnichols.com |
| MOUNTAIN SHADES, INC. | billcotton@opticnerve.com |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | leslie.spoltore@obermayer.com; michael.vagnoni@obermayer.com |
| OBOZ FOOTWEAR LLC | rleo@obozfootwear.com |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov |
| ON INC | yesenia.magdaleno@on-running.com |
| ONE STEP UP LTD. | jeig@onestepup.com |
| OPTIMAD MEDIA LLC | billingca@winwithoptimal.com |
| OUTDOOR RESEARCH, INC. | andyb@outdoorresearch.com |
| PFE EXPRESS LTD | alys.blowes@pfe.express |
| PNC Bank, National Association | Jay.danforth@pnc.com |
| PRANA, INC. | Shawna.McCain@columbia.com |
| PUMA NORTH AMERICA | Mark.Senter@puma.com |
| SAUL EWING LLP | mark.minuti@saul.com |
| SIMON PROPERTY GROUP, INC | rtucker@simon.com |
| SKY 103, LLC | jared@skyrem.com |
| SNELL & WILMER | taramburu@swlaw.com; tmeskey@swlaw.com |
| STARK & STARK, P.C. | tonder@stark-stark.com; jlemkin@stark-stark.com |
| STEEL TECHNOLOGY LLC | hyfaccountsreceivable@helenoftroy.com |
| TBP CRANSTON LLC | podom@gramercypg.com |
| THULE INC | Norman.Buttiker@Thule.com |
| UNDER ARMOUR, INC. | pbaylor@underarmour.com |
| VF OUTDOOR | darin_newton@vfc.com |
| VFI KR SPE I LLC | bpeay@vfi.net |
| VUORI INC | pauldanchak@me.com |
| White Mountain Oil & Propane | customerservice@whitemountainoil.com |
| WOLVERINE WORLD WIDE, INC. | Christopher.tosches@wwwinc.com |
| YELL STEEL ENTERPRISE, INC | lisa@ysgusa.com |

MOUNTAIN SPORTS LLC; et al., Case No. 24-11385 (MFW)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | amielke@ycst.com; pschools@ycst.com |

**EXHIBIT E**

| Name | Email |
|------|-------|
| ADP INC | VALERIE.MALDONADO@ADP.COM |
| AGS HVAC SERVICES LLC | MICHELLE@AGSHVACSERVICES.COM |
| ALL AMERICAN WASTE LLC | WALTER@USARECYCLE.COM |
| AMBIANCE APPAREL | richardkim@ambianceapparel.com |
| AMBIANCE APPAREL | richardkim@ambianceapparel.com |
| AMBIANCE U.S.A, INC. | richardkim@ambianceapparel.com |
| ARCBEST INC | DLOTT@ARCB.COM |
| B33 LORDENS PLAZA LLC | BMcPherson@polsinelli.com |
| BERRY DUNN MCNEIL & PARKER LLC | BHANSEN@BERRYDUNN.COM |
| BOSTON GAS COMPANY | Bankruptcy@nationalgrid.com |
| CARHARTT, INC. | ainch@carhartt.com |
| CDW | MANNYVELAZQUEZ@CDW.COM |
| CHASE CROSSROADS WATERFORD SQUARE | bfeigenbaum@roginlaw.com |
| COMMERCIAL ASSET PRESERVATION LLC | INSULM@COMMERCIALPRESERVATION.COM |
| CONSTELLATION NEWENERGY INC | GAIL.ROSEN@CONSTELLATION.COM |
| CONTROL GROUP COMPANIES LLC | accountsreceivable@controltekusa.com |
| CORPORATION SERVICE COMPANY | Joanne.Smith@cscglobal.com |
| DG GRAPHICS LLC | accounts@dggraphicsonline.com |
| DIGITAL WAVE TECHNOLOGY, INC | BSCHAFER@DIGITALWAVETECHNOLOGY.COM |
| DOOR CONTROL INC | ar@doorcontrolne.com |
| DSM MB II LLC | rms9119@cs.com |
| E.L. HARVEY & SONS INC | rbetancourt@elharvey.com |
| EBIX INC | SHERAE.PETERS@EBIX.COM |
| EH AGENT FOR MASTERPIECES PUZZLE CO | INSOLVENCY@AMER.ALLIANZ-TRADE.COM |
| ELITE DEVELOPMENT GROUP LLC | SWALKO@IBOLAW.COM |
| EMPIRE APPAREL LLC | JULIANE@EMPIREAPPAREL.NET |
| EULER HERMES AGENT EMBARK PEOPLE LLC | Insolvency@amer.allianz-trade.com |
| GALAXY ACTIVE, LLC. | mgoldstein@galaxycorp.com |
| HH BROWN SHOE CO INC | SRIVERA@JNACOLLECT.COM |
| IRON MOUNTAIN INFORMATION MANAGEMENT LLC | joseph.corrigan@ironmountain.com |
| JDS ELECTRIC LLC | NV@ROMANOPARKER.COM |
| JEBCOMMERCE LLC | ACCOUNTING@JEBCOMMERCE.COM |
| JERSEY CENTRAL POWER & LIGHT | BANKRUPTCYEAST@FIRSTENERGYCORP.CO |
| KETER ENVIRONMENTAL SERVICES LLC | RSHANNON@WASTEHARMONICS.COM |
| KEYSPAN GAS EAST CORP | Bankruptcy@nationalgrid.com |
| LAKESHIRTS LLC | TRACY.HENWOOD@LAKESHIRTS.COM |
| LISTRAK INC. | heidi.hamrick@listrak.com |
| LOWA BOOTS LLC | Joshua@Lowa.net |
| MASSACHUSETTS ELECTRIC COMPANY | Bankruptcy@nationalgrid.com |
| MASTERPIECES PUZZLE CO INC | DANIEL@MASTERPIECESINC.COM |
| MILBERG FACTORS INC | BMACHOWSKY@MILLFAC.COM |
| MOUNT WASHINGTON OBSERVATORY | bsullivan@mountwashington.org |
| MTG DISPOSAL, LLC | amaximoff@wcnx.org |
| NEW HIGH END WHOLESALE | BRENT@NEWHIGHEND.COM |
| O'NEILL CLOTHING COMPANY | jhenderson@crfsolutions.com |
| PFE EXPRESS LIMITED | SIMONB@PFE-EXPRESS.CO.UK |
| PFE EXPRESS LTD | simonb@pfe-express.co.uk |

| Name | Email |
|------|-------|
| PHD PRODUCTIONS LLC | patrick@pocketdisc.com |
| PSEG LONG ISLAND | PSEGLONGISLANDBANKRUPTCY@PSEG.COM |
| QUENCH | rnehy@quenchwater.com |
| RANDA ACCESSORIES LEATHER GOODS LLC | cindy.buelow@randa.net |
| REDSTONE MAINTENANCE INC | STAN@CAMBRIDGESPECIALTY.COM |
| RIENDEAU, CRAIG | ADDRESS ON FILE |
| ROSENTHAL & ROSENTHAL INC | MDEJESUS@ROSENTHALINC.COM |
| ROYAL ONE NY INC | BANKRUPTCY.LEGAL.NAR@COFACE.COM |
| ROYAL ONE NY INC | bankruptcy.legal.nar@coface.com |
| SAVI SOLUTION INC | accounting@getsavi.com |
| SAVI SOLUTION INC | accounting@getsavi.com |
| SAVI SOLUTION INC | accounting@getsavi.com |
| SOUSA SIGNS LLC | ACCOUNTING@SOUSASIGNS.COM |
| STERICYCLE INC | bankruptcy.notice@stericycle.com |
| TBP CRANSTON LLC | tonder@stark-stark.com |
| THE ANTIGUA GROUP, INC. | knewbury@antigua.com |
| TIARA OWENS | ADDRESS ON FILE |
| TRANSPORTATION INSIGHT LLC | JMCNEIL@T-INSIGHT.COM |
| TWIN ELECTRIC, LLC | mpulla@znclaw.com |
| UNITED ILLUMINATING COMPANY, THE | ANGEL.MELENDEZ@UINET.COM |
| UNITED LEGWEAR LLC | TONETTE@UNITEDLEGWEAR.COM |
| UNITED PARCEL SERVICE | BANKRUPTCY@UPS.COM |
| UNITEDHEALTHCARE INSURANCE COMPANY | jayson_ronning@uhc.com |
| UNITEDHEALTHCARE INSURANCE COMPANY | JAYSON_RONNING@UHC.COM |
| UNTAPPED LLC | DOUG@UNTAPPED.CC |
| UTAH STATE TAX COMMISSION | JGUEVARA@UTAH.GOV |
| WELD POWER SERVICE COMPANY INC | CGalligan@WeldPower.com |
| WELD POWER SERVICE COMPANY, INC | CGalligan@WeldPower.com |
| WESTPORT CORPORATION | mrahim@mundiwestport.com |
| WIP INC | ERRON.SORENSEN@WIP-WORK.COM |
| WOLVERINE WORLDWIDE, INC. | JILL.OWEN@WWWINC.COM |
| YELL STEEL ENTERPRISE CO INC | lisa@ysgusa.com |

# Total Count: 79

**EXHIBIT F**

| Name | Email |
|------|-------|
| ARCBEST INC | DLOTT@ARCB.COM |
| ARIAT INTERNATIONAL | veronica.smith@ariat.com |
| COMMERCIAL ASSET PRESERVATION LLC | INSULM@COMMERCIALPRESERVATION.COM |
| CONSTELLATION NEWENERGY INC | GAIL.ROSEN@CONSTELLATION.COM |
| CONTROL GROUP COMPANIES LLC | accountsreceivable@controltekusa.com |
| DATA2LOGISTICS, LLC | KEVIN.BROWN@DATA2LOGISTICS.COM |
| EVERON LLC | commercialbankruptcy@everonsolutions.com |
| GENERAL FLOORING LLC | GENERALFLOORINGSALES@GMAIL.COM |
| HADDAD APPAREL GROUP LTD | DEBBYS@HADDAD.COM |
| HANESBRANDS INC | morgan.patterson@wbd-us.com; marcy.smith@wbd-us.com |
| HIBBARD & ROSA ARCHITECTS, LLC | MBALABAN@BALABANLAW.COM |
| HOLLY WEIDELE, CONTROLLER | hweidele@carpionatogroup.com |
| MACERICH DEPTFORD LLC | branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| MOUNTAIN AND MAIN LLC | BISTRO59@AOL.COM |
| MS PORTFOLIO, LLC | branchd@ballardspahr.com |
| MTG DISPOSAL, LLC | ayla.gokturk@wasteconnections.com |
| NITCO LLC | LEGAL@BENUCKRAINEY.COM |
| ONE STEP UP LTD | HLazarus@lazarusandlazarus.com |
| OSPREY PACKS, INC. | RaGarcia@helenoftroy.com |
| OUTFRONT MEDIA LLC | derek@imlawpc.com |
| ROTH BROS, INC. | stephanie.grey@sodexo.com |
| ROTH BROS, INC. | tammy.knipp@sodexo.com |
| SKY 103 LLC | michael.vagnoni@obermayer.com |
| SPORT OBERMEYER LTD | CKOEHNE@OBERMEYER.COM |
| STEEL TECHNOLOGY LLC | TJudge@helenoftroy.com; RaGarcia@helenoftroy.com |
| STERICYCLE INC | bankruptcy.notice@stericycle.com |
| TBP CRANSTON LLC | tonder@stark-stark.com |
| TWIN ELECTRIC, LLC | mpulla@znclaw.com |

# Total Count: 31