# ANNEX 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOUNTAIN SPORTS LLC; *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-11385 (MFW)<br>)<br>) (Jointly Administered)<br>) Related to Docket Nos. 800 and ___<br>) Hearing Date: March 12, 2026, at 10:30 a.m. (ET)<br>) Obj. Deadline: March 1, 2026, at 4:00 p.m. (ET)<br>) |

**NOTICE OF (I) APPROVAL OF COMBINED DISCLOSURE STATEMENT AND PLAN
ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II) HEARING TO
CONSIDER (A) FINAL APPROVAL OF COMBINED DISCLOSURE STATEMENT
AND PLAN AND (B) CONFIRMATION OF COMBINED DISCLOSURE STATEMENT
AND PLAN; (III) DEADLINE FOR VOTING ON COMBINED DISCLOSURE
STATEMENT AND PLAN; AND (IV) DEADLINE FOR FILING OBJECTIONS TO
CONFIRMATION OF COMBINED DISCLOSURE STATEMENT AND PLAN**

On October 8, 2025, Mountain Sports LLC; SDI Stores LLC; SDI Gift Card LLC; Bob's Stores USA LLC; and Mountain Sports USA LLC, the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*") and the official committee of unsecured creditors appointed in the Debtors' Chapter 11 Cases (the "*Committee*," and together with the Debtors, the "*Plan Proponents*") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 8, 2025* [Docket No. 800] (as may be amended, modified, or supplemented, the "*Combined Disclosure Statement & Plan*").

The Combined Disclosure Statement & Plan explains the Plan Proponents' Chapter 11 plan and has been approved on an interim basis by order of the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*") [Docket No. ___] (the "*Interim Approval and Procedures Order*") for use by the Plan Proponents in soliciting acceptances or rejections to the Combined Disclosure Statement & Plan from holders of Impaired Claims entitled to receive distributions under the Combined Disclosure Statement & Plan.

**Voting on the Plan.** Holders of Claims in Classes 2 and 3 (the "*Voting Classes*") are entitled to vote to accept or reject the Plan as they are impaired and receiving distributions under the Plan; holders of Claims in Class 1 are Unimpaired and presumed to accept the Plan; holders of Intercompany Claims and Equity Interests in Classes 4 and 5 are Impaired and are deemed to reject

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

the Plan as they are receiving nothing under the Plan. If you are a holder of a Claim against the Debtors as of **January 14, 2026** (the "*Voting Record Date*") and in the Voting Class, the deadline by which ballots accepting or rejecting the Plan must be received is **March 1, 2026 at 4:00 p.m. (Eastern Time) (the "*Voting Deadline*"). If you are in the Voting Class, for your vote to be counted, your Ballot must be properly completed, signed, and returned so that it is actually received by the Plan Proponents before the Voting Deadline, unless such time is extended in writing by the Plan Proponents, for your vote to be counted.**

Your Ballot must be returned by: (a) first-class mail (either using the reply envelope provided or otherwise), (b) overnight courier, or (c) personal delivery; in each such case to the following address:

| If by First Class Mail: | If by Hand Delivery or Overnight Mail: |
|---|---|
| Mountain Sports, LLC<br>c/o Epiq Ballot Processing<br>P.O. Box 4422<br>Beaverton, OR 97076-4422 | Mountain Sports, LLC<br>c/o Epiq Ballot Processing<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

**BALLOTS WILL NOT BE ACCEPTED BY EMAIL, TELECOPY, OR FACSIMILE.** If your Ballot is not received by the Plan Proponents on or before the Voting Deadline, and such Voting Deadline is not extended by the Plan Proponents, your vote will not be counted.

**Challenging Your Claim for Voting Purposes Only.** If you wish to challenge the Debtors' classification or amount of your claim, you must file a motion (a "*Rule 3018 Motion*") for an order temporarily allowing your Claim in a different classification or amount for purposes of voting to accept or reject the Combined Disclosure Statement & Plan and serve such motion on the Plan Proponents so that it is received by **March 1, 2026 at 4:00 p.m. (Eastern Time)**. Such creditor's ballot will not be counted unless temporarily allowed by the Bankruptcy Court for voting purposes, after hearing on **March 12, 2026, at 2:00 p.m. (Eastern Time)**.

**Combined Hearing and Filing Objections to the Combined Disclosure Statement & Plan.** A hearing to consider final approval of the adequacy of information contained in the Combined Disclosure Statement & Plan pursuant to section 1125 of the Bankruptcy Code and confirmation of the Combined Disclosure Statement & Plan pursuant to section 1129 of the Bankruptcy Code will be held on **March 12, 2026 at 2:00 p.m. (Eastern Time) (subject to the Bankruptcy Court's availability)** before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 (the "*Combined Hearing*"), but may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Combined Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing or other notice filed with the Bankruptcy Court.

The deadline for filing objections to final approval of the Combined Disclosure Statement & Plan is **March 1, 2026 at 4:00 p.m. (Eastern Time)**. Any objection must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; and (c) be filed with the Bankruptcy Court and

served upon the undersigned counsel the Plan Proponents. **Unless an objection is timely filed and served, it may not be considered by the Bankruptcy Court at the Combined Hearing.**

**Summary of Key Dates.** A table summarizing the key dates is included below for ease of reference:

| Event | Date or Deadline (all times EDT) |
|---|---|
| Voting Record Date | January 14, 2026 |
| Date Solicitation Will Commence | No later than three (3) business days after order approving solicitation procedures is entered |
| Deadline to File Rule 3018 Motions | February 18, 2026, at 4:00 p.m. |
| Plan Supplement Deadline | February 28, 2026 |
| Deadline to Object to Rule 3018 Motions | March 1, 2026, at 4:00 p.m. |
| Voting Deadline | March 1, 2026, at 4:00 p.m. |
| Deadline to Object to Confirmation and Final Approval of Adequacy of Information | March 1, 2026, at 4:00 p.m. |
| Deadline to File Confirmation Brief | March 5, 2026, at 4:00 p.m. |
| Combined Hearing (including 3018 Motions) | March 12, 2026, at 2:00 p.m. |

**Important Information Regarding Release and Injunction Provisions:** If the Court confirms the Combined Disclosure Statement and Plan and it becomes effective, the releases and injunctions contained in Article IX of the Combined Disclosure Statement and Plan will be effective and you will be bound by these provisions even if you did not vote to accept the Plan. Article IX of the Combined Disclosure Statement and Plan contains the following exculpation, release, and injunction provisions:

> **EXCEPT AS OTHERWISE PROVIDED IN THE PLAN, FROM AND AFTER THE EFFECTIVE DATE, ALL PERSONS WHO HAVE HELD, HOLD OR MAY HOLD CLAIMS AGAINST OR INTERESTS IN ANY OF THE DEBTORS ARE PERMANENTLY ENJOINED FROM TAKING ANY OF THE FOLLOWING ACTIONS AGAINST ANY OF THE DEBTORS OR THEIR ESTATES, ANY DEBTORS' PROPERTY, THE LIQUIDATING TRUST OR THE LIQUIDATING TRUSTEE, ON ACCOUNT OF ANY SUCH CLAIMS OR INTERESTS: (A) ENFORCING, ATTACHING, COLLECTING OR RECOVERING IN ANY MANNER ANY JUDGMENT, AWARD, DECREE OR ORDER; (B) CREATING, PERFECTING OR ENFORCING ANY LIEN OR ENCUMBRANCE; (C)**

**ASSERTING A SETOFF OR RIGHT OF SUBROGATION OF ANY KIND AGAINST ANY DEBT, LIABILITY OR OBLIGATION DUE TO ANY DEBTOR; (D) COMMENCING OR CONTINUING, IN ANY MANNER OR IN ANY PLACE, ANY ACTION THAT DOES NOT COMPLY WITH OR IS INCONSISTENT WITH THE PROVISIONS OF THE PLAN; AND (E) TAKING ANY ACTION WHICH INTERFERES WITH THE IMPLEMENTATION OR CONSUMMATION OF THE PLAN; PROVIDED, HOWEVER, THAT NOTHING CONTAINED IN THE PLAN SHALL PRECLUDE SUCH PERSONS FROM EXERCISING AND/OR ENFORCING THEIR RIGHTS PURSUANT TO AND CONSISTENT WITH THE TERMS OF THE PLAN OR THE CONFIRMATION ORDER.**

Dated: _____, 2025

Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

/s/ DRAFT
_____
Maria Aprile Sawczuk (DE Bar No. 3320)
Aaron R. Harburg, Esq. (DE Bar No. 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

-and-

Matthew E. McClintock (admitted *pro hac vice*)
William H. Thomas (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312)337-7700
mattm@goldmclaw.com
willt@goldmclaw.com

*Counsel for the Debtors and
Debtors-in-Possession*

**MORRIS JAMES LLP**

/s/ DRAFT
_____
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
emonzo@morrisjames.com
bkeilson@morrisjames.com

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen (admitted *pro hac vice*)
Brent I. Weisenberg (admitted *pro hac vice*)
Erica G. Mannix (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
jcohen@lowenstein.com
bweisenberg@lowenstein.com
emannix@lowenstein.com

*Counsel to the Official Committee of Unsecured
Creditors*