# ANNEX 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**BALLOT TO ACCEPT OR REJECT THE DEBTORS' COMBINED DISCLOSURE**
**STATEMENT AND CHAPTER 11 PLAN**

On October 8, 2025, Mountain Sports LLC; SDI Stores LLC; SDI Gift Card LLC; Bob's Stores USA LLC; and Mountain Sports USA LLC, the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*") and the official committee of unsecured creditors appointed in the Debtors' Chapter 11 Cases (the "*Committee*," and together with the Debtors, the "*Plan Proponents*") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 8, 2025* [Docket No. 800] (as may be amended, modified, or supplemented, the "*Combined Disclosure Statement & Plan*").

The Combined Disclosure Statement & Plan explains the Plan Proponents' Chapter 11 plan and has been approved on an interim basis by order of the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*") [Docket No. __] (the "*Interim Approval and Procedures Order*") for use by the Plan Proponents in soliciting acceptances or rejections to the Combined Disclosure Statement & Plan from holders of Impaired Claims entitled to receive distributions under the Combined Disclosure Statement & Plan.

This ballot (the "*Ballot*") is provided to you to solicit your vote to accept or reject the Combined Disclosure Statement & Plan. All Insider Claims have been placed in **Class 3** under the Combined Disclosure Statement & Plan. If, as of January 14, 2026 (the "*Voting Record Date*"), you are a holder of a Class 3 Insider Claim, please use this Ballot to cast your vote to accept or reject the Combined Disclosure Statement & Plan.

**Your receipt of this Ballot does not signify that your Claims(s) have been or will be allowed.** The Debtors reserve all rights to dispute such Claim(s).

**You should carefully review the Combined Disclosure Statement & Plan and the Interim Approval and Procedures Order before you vote. You may wish to seek legal advice concerning the Combined Disclosure Statement & Plan and the classification and treatment**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

**of your claim(s) under the Combined Disclosure Statement & Plan. If the Bankruptcy Court confirms the Combined Disclosure Statement & Plan, <u>it will be binding on you whether or not you vote.</u>**

---

<u>**IMPORTANT**</u>

**THE VOTING DEADLINE IS 4:00 P.M. (EDT) ON MARCH 1, 2026.**

**For your vote to be counted, a hard copy of this Ballot must be properly completed, signed, and submitted so that it is actually received by the Plan Proponents before the Voting Deadline, unless such time is extended in writing by the Plan Proponents.**

---

**<u>Return of Ballot:</u>** Your Ballot must be returned either by: (a) first-class mail (using the reply envelope provided or otherwise), (b) overnight courier, or (c) personal delivery; in each such case to the following address:

| If by First Class Mail: | If by Hand Delivery or Overnight Mail: |
|---|---|
| Mountain Sports, LLC c/o Epiq Ballot Processing P.O. Box 4422 Beaverton, OR 97076-4422 | Mountain Sports, LLC c/o Epiq Ballot Processing 10300 SW Allen Blvd. Beaverton, OR 97005 |

**BALLOTS WILL NOT BE ACCEPTED BY EMAIL, TELECOPY, OR FACSIMILE.** If your Ballot is not received by the Plan Proponents on or before the Voting Deadline, and such Voting Deadline is not extended by the Plan Proponents, your vote will not be counted.

[SPACE INTENTIONALLY LEFT BLANK]

**VOTING INSTRUCTIONS FOR COMPLETING THE BALLOT FOR HOLDERS OF CLASS 3 INSIDER CLAIMS**

1.      This Ballot is submitted to you to solicit your vote to accept or reject the Combined Disclosure Statement & Plan. **PLEASE READ THE COMBINED DISCLOSURE STATEMENT & PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2.      The Combined Disclosure Statement & Plan will be accepted by Class 3 if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in Class 3 that actually vote on the Combined Disclosure Statement & Plan. In the event that Class 3 rejects the Combined Disclosure Statement & Plan, the Bankruptcy Court may nevertheless confirm the Combined Disclosure Statement & Plan and thereby make it binding on you if the Bankruptcy Court finds that the Combined Disclosure Statement & Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in Class 3, and otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

3.      If the Combined Disclosure Statement & Plan is confirmed by the Bankruptcy Court even though not all Classes of Claims have voted to accept it, all holders of Claims against and Interests in the Debtors will be bound by the confirmed Combined Disclosure Statement & Plan and the transactions contemplated thereby.

4.      Complete, sign, and return this Ballot to the Plan Proponents so that it is actually received by the Plan Proponents on or before **March 1, 2026 at 4:00 p.m. (Eastern Time)**, which is the Voting Deadline, unless such time is extended in writing by the Plan Proponents.

5.      To properly complete this Ballot, you must follow the procedures described below:

   a.      cast one vote to accept or reject the Combined Disclosure Statement & Plan by checking the appropriate box in Item 1;

   b.      if you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing; you may be required to submit satisfactory evidence of your authority to so act (*e.g.* a power of attorney or a certified copy of board resolutions authorizing you to so act);

   c.      provide your name and mailing address on your Ballot;

   d.      sign and date your Ballot, and provide the remaining information requested; and

   e.      return your Ballot using the methods described below.

6.     Your Ballot must be returned either by: (a) first-class mail (using the reply envelope provided or otherwise), (b) overnight courier, or (c) personal delivery; in each such case to the following address:

| If by First Class Mail: | If by Hand Delivery or Overnight Mail: |
| --- | --- |
| Mountain Sports, LLC<br>c/o Epiq Ballot Processing<br>P.O. Box 4422<br>Beaverton, OR 97076-4422 | Mountain Sports, LLC<br>c/o Epiq Ballot Processing<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

**IF YOU RECEIVED A DAMAGED BALLOT, LOST YOUR BALLOT, BELIEVE YOU WERE SENT THE WRONG BALLOT, OR HAVE ANY QUESTIONS CONCERNING THE PROCEDURES FOR VOTING ON THE COMBINED DISCLOSURE STATEMENT & PLAN, PLEASE CONTACT THE SOLICITATION AGENT AT THE FOLLOWING EMAIL ADDRESS: <ins>MOUNTAINSPORTS@EPIQGLOBAL.COM</ins>.**

[SPACE INTENTIONALLY LEFT BLANK]

## ITEM 1

### PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.

**Class Vote.** The undersigned, the holder of a Class 3 Insider Claim against the Debtors, hereby votes in the amount set forth below as follows (**check one box**):

☐ Accept the Combined Disclosure Statement & Plan
   **OR**
☐ Reject the Combined Disclosure Statement & Plan.

Amount of Claim Voting:[2]   $ _____

**Certification as to Claims held in Additional Accounts**. The undersigned hereby certifies that either: (i) it has not submitted any other Ballots for other Class 3 Insider Claims held in other accounts or other record names; or (ii) if it has submitted Ballots for other such Claims held in other accounts or other record names, then such Ballots indicate the same vote to accept or reject the Combined Disclosure Statement & Plan.

**Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that: (a) it has been provided with a copy of the Combined Disclosure Statement & Plan, including all exhibits thereto; (b) the Plan Proponents' solicitation of votes is subject to all terms and conditions set forth in the Combined Disclosure Statement & Plan, the Interim Approval and Procedures Order, and the procedures for the solicitation and tabulation of votes to accept or reject the Combined Disclosure Statement & Plan attached to the Interim Approval and Procedures Order as **Annex 1** thereto; (c) it is the holder of the Insider Claim identified in Item 1 above as of **January 14, 2026**; and/or (d) it has full power and authority to vote to accept or reject the Combined Disclosure Statement & Plan and exercise elections with respect thereto. The undersigned understands that, if this Ballot does not indicate either acceptance or rejection of the Combined Disclosure Statement & Plan, this Ballot will not be counted.

_____
Date Completed

_____
Name of Creditor

_____
Signature

*If by Authorized Agent:*

_____
Name and Title

_____
Address

_____
Telephone Number

_____
Email Address

---

[2]   For voting purposes only; not for distribution purposes.