# ANNEX 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PLAN SUMMARY**

On October 8, 2025, Mountain Sports LLC; SDI Stores LLC; SDI Gift Card LLC; Bob's Stores USA LLC; and Mountain Sports USA LLC, the above-captioned debtors and debtors-in-possession (collectively, the "*Debtors*") and the official committee of unsecured creditors appointed in the Debtors' Chapter 11 Cases (the "*Committee*," and together with the Debtors, the "*Plan Proponents*") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 8, 2025* [Docket No. 800] (as may be amended, modified, or supplemented, the "*Combined Disclosure Statement & Plan*").

The Combined Disclosure Statement & Plan explains the Plan Proponents' Chapter 11 plan and has been approved on an interim basis by order of the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*") [Docket No. ___] (the "*Interim Approval and Procedures Order*") for use by the Plan Proponents in soliciting acceptances or rejections to the Combined Disclosure Statement & Plan from holders of Impaired Claims entitled to receive distributions under the Combined Disclosure Statement & Plan.

The following chart summarizes the treatment provided under the Plan to each class of Claims and Interests:[2]

| Class/Designation | Plan Treatment | Status | Estimated Claim Pool/ Projected Recovery |
|---|---|---|---|
| Class 1: Priority Non-Tax Claims | Each holder of an Allowed Priority Unsecured Non-Tax Claim against the Debtors shall receive | Unimpaired; | Approx. $0 to $350,000 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

[2] The statements contained herein constitute a summary of the provisions contained in the Combined Disclosure Statement & Plan and do not purport to be precise or complete statements of all the terms and provisions of the Combined Plan and Disclosure Statement and any related documents. For a more detailed description of the Plan, please refer to the Combined Disclosure Statement & Plan. Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Combined Disclosure Statement & Plan.

| Class/Designation | Plan Treatment | Status | Estimated Claim Pool/ Projected Recovery |
|---|---|---|---|
| | on or as soon as reasonably practicable after the Effective Date, on account of and in full and complete settlement and release of, and in exchange for, such Allowed Priority Unsecured Non-Tax Claim, either a Distribution of Cash from the Estate Cash equal to the full unpaid amount of such Allowed Priority Unsecured Non-Tax Claim, or such other treatment as the Plan Proponents or the Liquidating Trustee, as applicable, and the holder of such Allowed Priority Unsecured Non-Tax Claim shall have agreed. | **Not entitled to vote;** Deemed to accept Plan | Recovery: 100% |
| Class 2: General Unsecured Claims | Except to the extent that a Holder of an Allowed General Unsecured Claim agrees to less favorable treatment, each Holder of an Allowed General Unsecured Claim against the Debtors shall receive on account of and in full and complete settlement and release of, and in exchange for, such Allowed General Unsecured Claim its Liquidating Trust Interests entitling each such Holder to receive its Pro Rata share of the Residual Cash. | Impaired; **Entitled to vote** | Approx. $35 mil. to $40 mil.\n\nEstimated Recovery: 0.8%-2.2% |
| Class 3: Insider Claims | Except to the extent that a Holder of an Allowed Insider Claim agrees to less favorable treatment, each Holder of an Allowed Insider Claim against the Debtors shall receive on account of and in full and complete settlement and release of, and in exchange for, such Allowed Insider Claim its Liquidating Trust Interests entitling each such Holder to receive its Pro Rata share of the Residual Cash.\n\nAllowed Insider Claims shall share Pro Rata with Allowed General Unsecured Claims in any remaining Residual Cash. | Impaired; **Entitled to vote** | Approx. $0 to $23 mil.\n\nRecovery: 0%-1.4% |

| Class/Designation | Plan Treatment | Status | Estimated Claim Pool/ Projected Recovery |
|---|---|---|---|
| Class 4: Intercompany Claims | On the Effective Date, all Intercompany Claims and other Intercompany liabilities, whether arising prior to or after the Petition Date, shall be deemed canceled, extinguished and of no further force and effect.  Holders of Intercompany Claims shall not be entitled to receive or retain any property on account of such Claim. Class 4 Intercompany Claims are impaired, deemed to reject Plan, and not entitled to vote. | Impaired; Deemed to reject Plan and **Not entitled to vote** | Approx. $0  Recovery: 0%: |
| Class 5: Equity Interests | On the Effective Date, all Interests shall be deemed canceled, extinguished and of no further force or effect, and the Holders of Interests shall not be entitled to receive or retain any property on account of such Interest. | Impaired; Deemed to reject Plan and **Not entitled to vote** | Recovery: 0% |

## Release, Exculpation, and Injunction Provisions in the Plan

Article IX of the Combined Disclosure Statement and Plan contains the following exculpation, release, and injunction provisions:

**EXCEPT AS OTHERWISE PROVIDED IN THE PLAN, FROM AND AFTER THE EFFECTIVE DATE, ALL PERSONS WHO HAVE HELD, HOLD OR MAY HOLD CLAIMS AGAINST OR INTERESTS IN ANY OF THE DEBTORS ARE PERMANENTLY ENJOINED FROM TAKING ANY OF THE FOLLOWING ACTIONS AGAINST ANY OF THE DEBTORS OR THEIR ESTATES, ANY DEBTORS' PROPERTY, THE LIQUIDATING TRUST OR THE LIQUIDATING TRUSTEE, ON ACCOUNT OF ANY SUCH CLAIMS OR INTERESTS: (A) ENFORCING, ATTACHING, COLLECTING OR RECOVERING IN ANY MANNER ANY JUDGMENT, AWARD, DECREE OR ORDER; (B) CREATING, PERFECTING OR ENFORCING ANY LIEN OR ENCUMBRANCE; (C) ASSERTING A SETOFF OR RIGHT OF SUBROGATION OF ANY KIND AGAINST ANY DEBT, LIABILITY OR OBLIGATION DUE TO ANY DEBTOR; (D) COMMENCING OR CONTINUING, IN ANY MANNER OR IN ANY PLACE, ANY ACTION THAT DOES NOT COMPLY WITH OR IS INCONSISTENT WITH THE PROVISIONS OF THE PLAN; AND (E) TAKING ANY ACTION WHICH INTERFERES WITH THE IMPLEMENTATION OR CONSUMMATION OF THE PLAN; PROVIDED, HOWEVER, THAT NOTHING CONTAINED IN THE PLAN SHALL PRECLUDE SUCH PERSONS FROM EXERCISING AND/OR ENFORCING THEIR RIGHTS PURSUANT TO AND CONSISTENT WITH THE TERMS OF THE PLAN OR THE CONFIRMATION ORDER.**

Dated: _____, 2025

Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

*/s/ DRAFT* _____
Maria Aprile Sawczuk (DE Bar No. 3320)
Aaron R. Harburg, Esq. (DE Bar No. 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

-and-

Matthew E. McClintock (admitted *pro hac vice*)
William H. Thomas (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312)337-7700
mattm@goldmclaw.com
willt@goldmclaw.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

**MORRIS JAMES LLP**

*/s/ DRAFT* _____
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
emonzo@morrisjames.com
bkeilson@morrisjames.com

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen (admitted *pro hac vice*)
Brent I. Weisenberg (admitted *pro hac vice*)
Erica G. Mannix (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
jcohen@lowenstein.com
bweisenberg@lowenstein.com
emannix@lowenstein.com

*Counsel to the Official Committee of Unsecured*
*Creditors*