**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>MOUNTAIN SPORTS LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11385 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 823** |

**NOTICE OF WITHDRAWAL OF ROBERTS 50 USA, LLC**
**AND GODIGITAL MEDIA GROUP, LLC'S OBJECTION**
**TO THE DEBTORS AND COMMITTEE'S JOINT MOTION TO**
**APPROVE THE COMBINED DISCLOSURE STATEMENT AND PLAN FOR**
**SOLICITATION PURPOSES ONLY AND RELATED TABULATION PROCEDURES**

**PLEASE TAKE NOTICE** that *Roberts 50 USA, LLC and GoDigital Media Group, LLC's*

*Objection to the Debtors and Committee's Joint Motion to Approve the Combined Disclosure*

*Statement and Plan for Solicitation Purposes Only and Related Tabulation Procedures* [D.I. 823]

is hereby withdrawn.

Dated:  January 22, 2026
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean (No. 6403)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  ddean@coleschotz.com
       mhartlipp@coleschotz.com

-and-

Anthony De Leo (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
Email: adeleo@coleschotz.com

*Counsel to Roberts 50 USA, LLC and GoDigital*
*Media Group, LLC*

68184/0001-52261170v1