**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Related to Docket No. 909 |

**FIRST PLAN SUPPLEMENT TO MODIFIED COMBINED DISCLOSURE**
**STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION JOINTLY PROPOSED BY**
**MOUNTAIN SPORTS LLC AND ITS AFFILIATED DEBTORS AND THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, DATED OCTOBER 27, 2025**

PLEASE TAKE NOTICE that the Debtors and Official Committee of Unsecured Creditors jointly submit this first plan supplement for the *Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version)* (the "*Plan*")[2] filed at Doc. No. 909 in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A, and made a part of the Plan, is the Liquidation Analysis.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit B, and made a part of the Plan, is the Liquidating Trust Agreement.

PLEASE TAKE FURTHER NOTICE that the Trustee of the Liquidating Trust shall be Sean C. Southard.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Place, #809, Branford, CT 06405.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Plan.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit C, and made a part of the Plan, is the Schedule of Retained Causes of Action.

PLEASE TAKE FURTHER NOTICE that any party wishing to obtain copies of the Plan, or other related documents, may download copies from the Debtors' claims and noticing agent, Epiq, at https://dm.epiq11.com/case/mtq/info.

Dated: February 27, 2026                                    Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

/s/ Aaron R. Harburg
Maria Aprile Sawczuk (DE Bar No. 3320)
Aaron R. Harburg, Esq. (DE Bar No. 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

-and-

Matthew E. McClintock (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312)337-7700
mattm@goldmclaw.com

*Counsel for the Debtors and
Debtors-in-Possession*

**MORRIS JAMES LLP**

/s/ Eric J. Monzo
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
emonzo@morrisjames.com
bkeilson@morrisjames.com

-and-

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen (admitted *pro hac vice*)
Brent I. Weisenberg (admitted *pro hac vice*)
Erica G. Mannix (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
jcohen@lowenstein.com
bweisenberg@lowenstein.com
emannix@lowenstein.com

*Counsel to the Official Committee of Unsecured
Creditors*