# EXHIBIT A

### Liquidation Analysis of Joint Plan Proponents

| Category | Chapter 7 | Plan |
|---|---|---|
| Cash Estimate at 2/28/2026 | $ 1,027,188 | $ 1,027,188 |
| AR - Amex | 225,673 | 225,673 |
| AR - Customer | 23,931 | 23,931 |
| **Total Assets At Liquidation Value** | **$ 1,276,792** | **$ 1,276,792** |
| | | |
| ***Debtor Costs*** | | |
| Chapter 7 Trustee Fees and Expenses | 142,487 | |
| Chapter 11 Admin Expense (Estimated) | 40,000 | 40,000 |
| Liquidating Trustee Fees | | 50,000 |
| Post Confirmation Professional Fees | | 25,000 |
| US Trustee Fees | 1,750 | 8,250 |
| | | |
| **Total Debtor Costs** | **$    184,237** | **$    123,250** |
| | | |
| ***Claims*** | | |
| Chapter 11 Admin Claims | 96,000 | 96,000 |
| Priority Claims | 451,722 | 451,722 |
| **Total Claims** | **$    547,722** | **$    547,722** |
| | | |
| **Balance Remaining for Unsecured Creditors** | **$    544,834** | **$    605,820** |

**Note 1**: Analysis assumes conversion or confirmation on March 1, 2026.

**Note 2**: Chapter 11 Admin Expenses are estimates based on current run-rates. The budget assumes two months worth of necessary expenses outside of legal / professional (i.e. payroll, IT / data center, etc.) and would be paid whether in a Chapter 11 or Chapter 7.

**Note 3**: Liquidating Trustee Fee and Post Confirmation Professional Fees is an estimate.