# **<u>EXHIBIT C</u>**

**Schedule of Retained Causes of Action**[1]

### I.    Retained Causes of Action

Pursuant to Article 6.08 of the Plan, unless a Retained Cause of Action against a Creditor or other Entity is expressly waived, relinquished, released, compromised, sold or settled in the Combined Disclosure Statement and Plan, or any Final Order, the Plan Proponents expressly reserve and assign to the Liquidating Trust, any and all Retained Causes of Action, whether arising before or after the Petition Date, and preserve the right to commence, continue, prosecute, or settle such Retained Causes of Action, notwithstanding the occurrence of the Effective Date.

The Liquidating Trustee, on behalf of the Liquidating Trust, may pursue Retained Causes of Action in his sole discretion, including without limitation, setoff, offset, and recoupment rights, any claims not specifically identified herein, claims of which the Plan Proponents are presently unaware, or claims that may arise or exist by reason of facts or circumstances unknown to the Plan Proponents at this time or that may change or differ from those the Plan Proponents currently believe to exist.

No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, the Disclosure Statement, or this Schedule, to any Retained Cause of Action against them as any indication that the Liquidation Trust will not pursue any and all available Retained Causes of Action against them.  For the avoidance of doubt, the Plan Proponents and the Liquidating Trustee do not intend, and it should not be assumed (nor shall it be deemed) that because any existing or potential Retained Causes of Action, including, without limitation, setoff, offset and recoupment rights, have not yet been pursued by the Debtors or are not set forth herein, or otherwise, that any and all Retained Causes of Action, including, without limitation, setoff, offset and recoupment rights, has been waived or expunged.  Accordingly, no preclusion doctrine, including, without limitation, the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, waiver, estoppel (judicial, equitable or otherwise) or laches shall apply to any Retained Causes of Action, including, without limitation, setoff, offset and recoupment rights, upon or after the confirmation or consummation of the Combined Disclosure Statement and Plan based on the Combined Disclosure Statement and Plan or the Confirmation Order.

The Liquidating Trust further expressly reserves the right to pursue or adopt any and all Causes of Action that are not Purchased Assets, including, without limitation, setoff, offset and recoupment rights, alleged in any lawsuit in which the Debtors are a defendant or an interested party, against any Entity, including, without limitation, the plaintiffs or co-defendants in such lawsuits, subject

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the *Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and the Official Committee of Unsecured Creditors, Dated October 27, 2025* [D.I. 909] (the disclosure statement portion thereof, the "**Disclosure Statement**" and the chapter 11 plan portion thereof, the "**Plan**," as may be modified, supplemented and/or amended from time to time, and collectively, the "**Combined Plan and Disclosure Statement**").

-2-

to the provisions of the Plan, the Confirmation Order, the Liquidating Trust Agreement, and any Final Order.

## II.     Setoffs and Recoupment

The Liquidation Trustee may, but shall not be required to, pursuant to sections 502(d) or 553 of the Bankruptcy Code or applicable non-bankruptcy law, set off against any Liquidating Trust Beneficiary and the distributions to be made pursuant to the Plan, the Confirmation Order, and the Liquidating Trust Agreement, and on account thereof (before any distribution is made on account of such Claim or Beneficial Interest), the claims, rights and causes of action of any nature that the Liquidating Trust may hold against a Liquidating Trust Beneficiary; *provided, however*, that neither the failure to effect such a setoff nor the allowance of any Claim or Beneficial Interest shall constitute a waiver or release by the Liquidating Trust or the estate of any such claims, rights, and causes of action that they may possess against such Holder of such Claim.