**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOUNTAIN SPORTS LLC, *et al.*,[1] | ) Case No. 24-11385 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 907 and 909** |
| | ) |

**DECLARATION OF EMILY YOUNG, ON BEHALF OF
EPIQ CORPORATE RESTRUCTURING, LLC, REGARDING
SOLICITATION AND TABULATION OF BALLOTS CAST ON THE
MODIFIED COMBINED DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN OF LIQUIDATION JOINTLY PROPOSED BY MOUNTAIN
SPORTS LLC AND ITS AFFILIATED DEBTORS AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
DATED OCTOBER 27, 2025 (SOLICITATION VERSION)**

I, Emily Young, hereby declare as follows under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Director of Epiq Corporate Restructuring, LLC ("Epiq") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the above-captioned chapter 11 cases and should be considered an impartial party.

2.      I submit this declaration (the "Declaration") with respect to the solicitation and tabulation of votes cast on the *Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and the Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version)* [Docket No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); SDI Stores LLC (4751); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

909] (as may be amended, supplemented, or modified from time to time, the "Combined Disclosure Statement and Plan").[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq and if called upon to testify, I could and would testify competently as to the facts set forth herein.

3.      In accordance with the (a) *Order (I) Approving the Retention and Employment Epiq Corporate Restructuring, LLC as Solicitation Advisor and (II) Granting Related Relief* [Docket No. 613], and (b) *Order: (I) Approving the Modified Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballots and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Plan and Disclosure Statement; and (VI) Granting Related Relief* [Docket No. 907] (the "Interim Approval and Procedures Order"), Epiq was appointed as the Debtors' administrative advisor and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Combined Disclosure Statement and Plan by Holders of Claims in the Voting Classes (as defined herein). Epiq and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

4.      As set forth in the Interim Approval and Procedures Order, the Court established January 14, 2026 as the record date (the "Voting Record Date") for determining which Holders of

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Combined Disclosure Statement and Plan or the Interim Approval and Procedures Order (as defined herein).

Claims within the Voting Classes were entitled to vote on the Combined Disclosure Statement and Plan. Under the Combined Disclosure Statement and Plan, only Holders of Claims in the following Classes (the "Voting Classes") were entitled to vote to accept or reject the Combined Disclosure Statement and Plan:

| Class | Description |
|---|---|
| Class 2 | General Unsecured Claims |
| Class 3 | Insider Claims |

5.      The procedures for the solicitation and tabulation of votes on the Combined Disclosure Statement and Plan are outlined in the Interim Approval and Procedures Order (the "Solicitation Procedures"). Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted with respect to the Combined Disclosure Statement and Plan by the Holders of Claims in the Voting Classes in accordance with the Solicitation Procedures. In addition, Epiq consulted with the Debtors and its counsel, as appropriate, to ensure compliance with the Solicitation Procedures. I supervised the solicitation and tabulation performed by Epiq's employees.

6.      In accordance with the Interim Approval and Procedures Order, on January 20, 2026, Epiq caused to be served (i) the Combined Hearing Notice on all parties entitled to be sent such notice per the Interim Approval and Procedures Order; (ii) the Solicitation Packages on Holders of Claims in the Voting Classes; and (iii) the Notice of Non-Voting Status and Plan Summary on Holders of Claims or Interests in Class 1 (Priority Non-Tax Claims), and Class 5 (Equity Interests).[3] Epiq filed the *Certificate of Service of Solicitation Documents* on January 26,

---

[3] There were no holders of claims in Class 4 (Intercompany Claims) at the time of the solicitation mailing.

2026 [Docket No. 915] and the *Supplemental Certificate of Service of Solicitation Documents* on February 16, 2026 [Docket No 925].

7.      Each Ballot received by Epiq was date-stamped upon receipt, scanned (if submitted on paper), assigned a ballot number, entered into Epiq's voting database, and processed in accordance with the Solicitation Procedures.

8.      Epiq received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Combined Disclosure Statement and Plan. In order for a Ballot to be counted as valid, the Ballot must have been (a) properly completed in accordance with the Solicitation Procedures, (b) executed by the relevant holder or such holder's authorized representative, (c) returned to Epiq via an approved method of delivery as set forth in the Solicitation Procedures,[4] and (d) received by Epiq by no later than 4:00 p.m. (prevailing Eastern Time) on March 1, 2026 (the "Voting Deadline").[5]

9.      All validly executed Ballots cast by Holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline were tabulated as outlined in the Solicitation Procedures. A true and correct copy of the final tabulation results is attached hereto as **Exhibit A**.

10.     A report of all Ballots received by the Voting Deadline but not included in the tabulation prepared by Epiq (the "Excluded Ballots") and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.

*[remainder of page intentionally left blank]*

---

[4] Three (3) Ballots were submitted to Epiq via electronic mail.  The Debtors waived the defect in delivery, and these Ballots are included in the Tabulation Results under Exhibit A.

[5] As March 1, 2026 was a Sunday, properly completed Ballots received by 4:00 p.m. (prevailing Eastern Time) on March 2, 2026 were counted as timely received and included in the Tabulation Results under Exhibit A.

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Combined Disclosure Statement and Plan is true and correct to the best of my knowledge, information, and belief.


Dated: March 3, 2026                          /s/ Emily Young
                                              Emily Young
                                              Director
                                              Epiq Corporate Restructuring, LLC