## EXHIBIT A

### Tabulation Summary

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | Class Voting Result |
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
|---|---|---|---|---|---|
| **Class 2** <br> GENERAL UNSECURED CLAIMS | $5,316,791.93 / 99.57% | 37 / 94.87% | $23,061.87 / 0.43% | 2 / 5.13% | Accept |
| **Class 3** <br> INSIDER CLAIMS | This Class had Holders of Claims eligible to vote, but no Ballots were submitted by the Voting Deadline. | | | | |