**EXHIBIT B**

**Excluded Ballots**

| Claim / Schedule No. | Plan Class | Plan Class Description | Name | Ballot No. | Ballot Amount | Vote Accept/Reject | Exclusion Reason |
|---|---|---|---|---|---|---|---|
| 11385000000580 | 2 | General Unsecured Claims | CAMP USA | 38 | $6,260.18 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |
| 11386000001070 | 2 | General Unsecured Claims | COLOSSEUM ATHLETICS | 21 | $68,473.33 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |
| 11386000001460 | 2 | General Unsecured Claims | ETAGG SOLUTIONS INC | 19 | $2,565.67 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |
| 59 / 11386000002700 | 2 | General Unsecured Claims | ORION PROTECTIVE SERVICES | 20 | $14,336.58 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |
| 10223 / 11385000001630 | 2 | General Unsecured Claims | OSPREY PACKS, INC. | 40 | $475,347.20 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |
| 10071 / 11385000001670, 11385000001770 | 2 | General Unsecured Claims | PMI WW BRANDS LLC | 34 | $111,156.20 | A | Superseded.  Ballot was superseded by later received and counted Ballot. |
| 11386000003100 | 2 | General Unsecured Claims | SANDY HAWTHORNE | 37 | $1,500.00 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |
| 10222 / 11385000002130 | 2 | General Unsecured Claims | STEEL TECHNOLOGY LLC | 41 | $206,040.44 | | No Vote.  Ballot did not include a vote to accept or to reject the Combined Disclosure Statement and Plan. |