**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) Case No. 24-11385 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Related to Docket No. 909 |

**NOTICE OF FILING OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) APPROVING THE ADEQUACY OF DISCLOSURES ON A FINAL BASIS AND (II) CONFIRMING THE MODIFIED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION JOINTLY PROPOSED BY MOUNTAIN SPORTS LLC AND ITS AFFILIATED DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DATED OCTOBER 27, 2025 (SOLICITATION VERSION)**

On October 8, 2025, the above-captioned Debtors and Debtors-in-Possession the "*Debtors*") and The Official Committee of Unsecured Creditors (the "*Committee*" and together with the Debtors, the "*Plan Proponents*") jointly filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 8, 2025* [Docket No. 800].

On October 27, 2025, the Plan Proponents jointly filed the *Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025* [Docket No. 821].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Stores LLC (4751); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Place, #809, Branford, CT 06405.

On January 14, 2026, the Plan Proponents filed the *Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version)* [Docket No. 909]. (the "*Plan*").

On January 14, 2026, the Court entered the *Order: (I) Approving the Modified Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballots and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Plan and Disclosure Statement; and (VI) Granting Related Relief* [Docket No. 907] (the "*Confirmation Hearing Order*").

The Court originally scheduled a confirmation hearing to be held on March 12, 2026 at 2:00 p.m. (Eastern Time), but, at the Court's direction, the hearing was rescheduled to March 31, 2026 at 11:30 a.m. (Eastern Time) (the "*Confirmation Hearing*").

The Plan Proponents intend to present the proposed *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of Disclosures on a Final Basis and (II) Confirming the Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version)* (the "*Confirmation Order*") attached hereto as Exhibit A to the Court at the Confirmation Hearing.

Dated:  March 10, 2026                                              Respectfully submitted,

| | |
|---|---|
| **GOLDSTEIN & MCCLINTOCK, LLLP** | **MORRIS JAMES LLP** |
| */s/ Maria Aprile Sawczuk*<br>Maria Aprile Sawczuk (DE Bar No. 3320)<br>Aaron R. Harburg, Esq. (DE Bar No. 7207)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Telephone: (302) 444-6710<br>marias@goldmclaw.com<br>aaronh@goldmclaw.com<br><br>-and-<br><br>Matthew E. McClintock (admitted *pro hac vice*)<br>111 W. Washington Street, Suite 1221<br>Chicago, IL 60602<br>Telephone: (312)337-7700<br>mattm@goldmclaw.com<br><br>*Counsel for the Debtors and*<br>*Debtors-in-Possession* | */s/ Brya M. Keilson*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br><br>-and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Jeffrey L. Cohen (admitted *pro hac vice*)<br>Brent I. Weisenberg (admitted *pro hac vice*)<br>Erica G. Mannix (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>jcohen@lowenstein.com<br>bweisenberg@lowenstein.com<br>emannix@lowenstein.com<br><br>*Counsel to the Official Committee of Unsecured*<br>*Creditors* |