**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN SPORTS LLC; *et al.*,[1] | ) | Case No. 24-11385 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING
SCHEDULED FOR MARCH 31, 2026, AT 11:30 A.M. (EDT)**

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT [WWW.DEB.USCOURTS.GOV](http://WWW.DEB.USCOURTS.GOV) OR CLICK THE LINK BELOW:**

**[https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl](https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl)**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM, OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**RESOLVED MATTER:**

1.      Debtors' Objection to Claim No. 10120 Filed by Varilease Finance, Inc. [Docket No. 927; Filed 2/19/2026]

*Objection Deadline:* March 13, 2026, at 4:00 p.m. (ET)

*Objections Received:* None.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Mountain Sports LLC (9597); SDI Gift Card LLC (9775); Bob's Stores USA LLC (6115); SDI Stores LLC (4751); and Mountain Sports USA LLC (4036). The Debtors' mailing address is 35 Park Pl., #809, Branford, CT 06405.

[2]    *Amended items are denoted by bold and italics.*

*Related Documents:*

    A.    Certification of Counsel with Respect to Order Approving Stipulation Setting the Amount and Nature of Claim No. 10120 Filed by Varilease Finance, Inc. [Docket No. 951; Filed 3/16/2026]

    B.    Order Approving Stipulation Regarding Claim No. 10120 Filed by Varilease Finance, Inc. [Docket No. 952; Entered 3/16/2026]

**Status:** An order has been entered. This matter is resolved.

**MATTER BEING CONTINUED:**

2.    Mountain Sports, LLC's Objection to Claim No. 10151 Filed by Somerset County Shopping Center [Docket No. 878; Filed 12/11/2025]

*Objection Deadline:* January 7, 2026, at 4:00 p.m. (ET) (extended to May 5, 2026 for Claimant)

*Objections Received:* None to date.

*Related Documents:* None.

**Status:** By agreement of the parties, this matter is being continued to the next omnibus hearing date on May 12, 2026 at 3:00 p.m. (ET).

**MATTER GOING FORWARD:**

3.    Hearing on Confirmation of Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version)

*Objection Deadline:* March 1, 2026, at 4:00 p.m. (ET)

*Objections Received:*

    A.    Roberts 50 USA, LLC and GoDigital Media Group, LLC's Objection to the Debtors and Committee's Joint Motion to Approve the Combined Disclosure Statement and Plan for Solicitation Purposes Only and Related Tabulation Procedures [Docket No. 823; Filed 10/27/2025] (Withdrawn per Docket No. 913)

*Related Documents:*

    A.    Motion for Entry of Order: (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballots and

Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Plan and Disclosure Statement; and (VI) Granting Related Relief [Docket No. 801; Filed 10/08/2025]

B.   Order: (I) Approving the Modified Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballots and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Plan and Disclosure Statement; and (VI) Granting Related Relief [Docket No. 907; Entered 1/14/2026]

C.   Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version) [Docket No.909; Filed 1/14/2026]

D.   Notice of Withdrawal of Roberts 50 USA, LLC and GoDigital Media Group, LLC's Objection to the Debtors and Committee's Joint Motion to Approve the Combined Disclosure Statement and Plan for Solicitation Purposes Only and Related Tabulation Procedures [Docket No. 913; Filed 1/22/2026]

E.   Certificate of Mailing of Solicitation Documents [Docket No. 915; Filed 1/26/2026]

F.   Supplemental Certificate of Service of Solicitation Documents [Docket No. 925; Filed 2/16/2026]

G.   First Plan Supplement to Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 [Docket No. 932; Filed 2/27/2026]

H.   Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on the Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version) [Docket No. 935; Filed 3/3/2026]

I.   Memorandum in Support of Confirmation of Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and its Affiliated Debtors and The Official Committee of Unsecured

Creditors, Dated October 27, 2025 (Solicitation Version) [Docket No. 937; Filed 3/5/2026]

J.      Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of Disclosures on a Final Basis and (II) Confirming the Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation Jointly Proposed by Mountain Sports LLC and Its Affiliated Debtors and The Official Committee of Unsecured Creditors, Dated October 27, 2025 (Solicitation Version) [Docket No. 946; Filed 3/10/2026]

**Status**: This matter is going forward.

**INTERIM FEE APPLICATIONS:**

4.      Sixth Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period October 1, 2025, through December 31, 2025 [Docket No. 939; Filed 3/5/2026]

*Objection Deadline:* March 26, 2026 at 4:00 p.m. (ET)

*Objections Received:* None to Date.

*Related Documents:*

A.      ***Certificate of No Objection Regarding Sixth Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period of October 1, 2025 through December 31, 2025 [Docket No. 968; Filed 3/27/2026]***

**Status:** ***This matter is being continued to the next omnibus hearing date on May 12, 2026 at 3:00 p.m. (ET). Counsel intends to submit a fee binder and proposed order to the Court.***

5.      Sixth Interim Application of Goldstein & McClintock LLLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period October 1, 2025 Through December 31, 2025 [Docket No. 942; Filed 3/6/2026]

*Objection Deadline:* March 27, 2026 at 4:00 p.m. (ET)

*Objections Received:* None to Date.

*Related Documents:* None to Date.

**Status:** ***This matter is being continued to the next omnibus hearing date on May 12, 2026 at 3:00 p.m. (ET). Counsel intends to submit a fee binder and proposed order to the Court.***

Respectfully submitted,

Dated: March 30, 2026  **GOLDSTEIN & MCCLINTOCK, LLLP**

By: *_/s/ Maria Aprile Sawczuk_*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
Aaron R. Harburg, Esq. (Bar ID 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

-and-

Matthew E. McClintock, Esq. (admitted *pro hac vice*)
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
mattm@goldmclaw.com

*Counsel for the Debtors and Debtors-in-Possession*